# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **ATLANTIC BASIN REFINING, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 2015-0071 |
| ) | |
| **ARCLIGHT CAPITAL PARTNERS, LLC,** ) | |
| **and JP ENERGY PARTNERS, LP,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
**Emily A. Shoup, Esq.,**
St. Croix, U.S.V.I.
**Joseph P. Klock, Jr., Esq.,**
Coral Gables, FL
    *For Plaintiff*

**Charles E. Lockwood, Esq.,**
**George Hunter Logan, Esq.,**
St. Croix, U.S.V.I.
**Blair G. Connelly, Esq.,**
**Serrin Turner, Esq.,**
New York, NY
    *For Defendants*

## ORDER

**UPON CONSIDERATION** of Plaintiff Atlantic Basin Refining, Inc.'s ("Plaintiff") "Motion to Certify Question for Interlocutory Appeal" (Dkt. No. 255), its accompanying Memorandum of Law (Dkt. No. 256), and Defendant ArcLight Capital Partners, LLC and Defendant JP Energy Partners, LP's[1] (collectively, "Defendants") Opposition thereto (Dkt. No. 258), and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

---

[1] JP Energy Partners, LP is now known as American Midstream Partners, LP. (Dkt. No. 258).

**ORDERED** that Plaintiff's "Motion to Certify Question for Interlocutory Appeal" (Dkt. No. 255) is **DENIED**.

**SO ORDERED.**

Date:   September 13, 2021                               _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILMA A. LEWIS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　District Judge