# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

**ATLANTIC BASIN REFINING, INC.,**

        Plaintiff,

   v.

**ARCLIGHT CAPITAL PARTNERS, LLC,
and JP ENERGY PARTNERS, LP,**

        Defendants.

1:15-cv-00071-WAL-EAH

**TO:**   Andrew C. Simpson, Esq.
        Gabriel E. Nieto, Esq.
        Charles E. Lockwood, Esq.
        Blair G. Connelly, Esq.
        Serrin Turner, Esq.
        Irina Y. Sivachenko, Esq.
        Brittany Davis, Esq.
        Gregory Mortenson, Esq.

## SEVENTH ORDER AMENDING SCHEDULING ORDER

**THIS MATTER** is before the Court upon the parties' Joint Motion for Extension of Time (Dkt. No. 313).

Parties request an extension to facilitate settlement discussions. Mot. at 1. No trial date has been set in the above-captioned matter.

Having reviewed the joint motion and being advised in and satisfied with the premises therein, the Court finds good cause to amend the scheduling order and will grant the motion.

WHEREFORE, it is now hereby **ORDERED**:

1.     Parties' Joint Motion for Extension of Time (Dkt. No. 313) is **GRANTED**.

*Atlantic Basin Refining, Inc. v. Arclight Capital Partners, LLC*
1:15-cv-00071-WAL-EAH
Seventh Amended Scheduling Order
Page 2

2. The Scheduling Order (ECF No. 69), entered November 18, 2016, as amended by court orders entered October 31, 2017 (Dkt. Nos. 120 and 121), court order entered January 31, 2018 (Dkt. No. 153), court orders entered April 9, 2018 (Dkt. Nos. 193 and 194), Order Amending Scheduling Order entered October 6, 2021 (Dkt. No. 279), Fifth Amended Scheduling Order entered February 2, 2022 (Dkt. No. 292) and Sixth Amended Scheduling Order, entered May 10, 2022 (Dkt. No. 312), is **AMENDED** as follows:

   a. Defendants shall have up to and including **Friday, July 22, 2022** to depose fact witnesses as to information provided to Plaintiff's experts and relied upon in the expert reports and to complete depositions of Plaintiff's experts.

   b. Defendants' experts shall be named, and copies of their opinions as provided in Fed. R. Civ. P. 26(a)(2) shall be served no later than **Friday, August 12, 2022.**

   c. Plaintiffs shall have up to and including **Friday, August 26, 2022**, to depose Defendants' testifying experts. To the extent Defendants' experts rely upon factual information not previously disclosed to Plaintiff, Plaintiff shall have up to and including **Friday, August 26, 2022**, to depose fact witnesses as to such information.

   d. No rebuttal reports are allowed without leave of Court.

*Atlantic Basin Refining, Inc. v. Arclight Capital Partners, LLC*
1:15-cv-00071-WAL-EAH
Seventh Amended Scheduling Order
Page 3

    e. Any and all dispositive and *Daubert* motions shall be filed no later than **Friday, November 4, 2022**. No extensions for filing opposition or reply briefs are allowed without leave of Court. If no dispositive motions will be filed in the case, the parties shall file, no later than **Friday, October 28, 2022**, a joint notice stating that the parties have not filed and do not intend to file any dispositive motions.

3. All other dates and deadlines and provisions contained in the said Scheduling Order, as amended, remain unchanged and in full force and effect.

                ENTER:

Dated: June 3, 2022         /s/ Emile A. Henderson III
                    EMILE A. HENDERSON III
                    U.S. MAGISTRATE JUDGE