## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCLIGHT CAPITAL PARTNERS, LLC and JP ENERGY PARTNERS, LP, <br><br> Defendants. | Case No. 1:15-cv-00071-WAL-EAH |

## JOINT STATUS REPORT

At the October 4, 2022, Status Conference, the Court ordered the parties to meet and confer "on whether these two individuals [Robert Moore and John Thomas] can be deposed and the scope of that deposition[.]" Oct. 4 Hr'g Tr. 63:5-7 (**Ex. A**). The Court further ordered the parties to "determine when these two individuals can be deposed, under what scope they can be deposed, and what additional information would be necessary [] for you all to bring some closure to this." *Id.* at 64:21-24. The parties corresponded by email (**Ex. B**) and then conferred by phone on October 7, 2022.

The parties were unable to reach an agreement as to the scope of those depositions or the scope of additional document and written discovery. Accordingly, the parties ask that the Court set a briefing schedule for same, while staying the current schedule (including the now-past deadline for depositions of ABR's experts of October 7, 2022, and the upcoming deadline for Defendants' damages report on October 28, 2022 (ECF. No. 319)). The parties propose the following:

- **October 28, 2022 at 5 p.m. AST**: Each party submits an opening memorandum setting forth its position on further discovery.

- **November 7, 2022 at 5 p.m. AST**: Each party may submit a reply that is limited to

ABR v. ArClight, el al, Case No. 1:15-cv-00071-WAL-EAH
<u>JOINT STATUS REPORT</u>
Page 2

responding to the other party's opening memorandum.

Dated: October 17, 2022            Respectfully Submitted,

| RASCO KLOCK PEREZ NIETO | LATHAM & WATKINS LLP |
|---|---|
| By: <u>s/ *Joseph P. Klock, Jr.*</u> <br> Joseph P. Klock, Jr. <br> Gabriel Nieto <br> 2555 Ponce De Leom Blvd. Ste 600 <br> Coral Gables, FL 33134-6010 <br> 305-476-7111 <br> Fax: 305-675-7707 <br> Email: jklock@rascoklock.com | By: <u>/s/ *Charles E. Lockwood*</u> <br> P. Anthony Sammi (*pro hac vice*) <br> Blair G. Connelly (*pro hac vice*) <br> Serrin Turner (*pro hac vice*) <br> Rachel R. Blitzer (*pro hac vice*) <br> Gregory Mortenson (*pro hac vice*) <br> Britany Davis (*pro hac vice*) <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: 212.906.1255 <br> toni.sammi@lw.com |
| LAW OFFICES OF ANDREW SIMPSON | blair.connelly @lw.com <br> serrin.turner@lw.com |
| Andrew C Simpson <br> 2191 Church Street Suite 5 <br> Christiansted <br> St Croix, VI 00820-5087 <br> 340-719-3900 <br> Email: asimpson@coralbrief.com | rachel.blitzer@lw.com <br> gregory.mortenson@lw.com <br> brittany.davis@lw.com |
| | DUDLEY NEWMAN FEUERZEIG, LLP |
| *Attorneys for Plaintiff Atlantic Basin Refinery, Inc.* | Charles E. Lockwood <br> Gregg R. Kronenberger <br> 1131 King Street, Suite 204 <br> Christiansted, U. S. V. I. 00820-4971 <br> Telephone: (340) 773-3200 <br> Facsimile: (340) 773-3409 <br> Clockwood@dnfvi.com <br> GKronenberger@dnfvi.com |
| | *Attorneys for Defendants Arclight Capital Partners, LLC and JP Energy Partners, LP* |