**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC.,<br><br>         Plaintiff,<br><br>   v.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC and<br>JP ENERGY PARTNERS, LP,<br><br>         Defendants. | Case No. 15 Civ. 0071 (WAL) (EAH) |

**STIPULATION FOR ADJOURNMENT**

Plaintiff Atlantic Basin Refining, Inc. ("ABR") and Defendants ArcLight Capital Partners, LLC and JP Energy Partners, LP (collectively, "Defendants") hereby submit this Stipulation for adjournment of the deadlines set forth in the Ninth Amended Scheduling Order (Dkt. No. 319).

**WHEREAS**, the parties understand that the status conference scheduled for Friday, January 27, 2023 at 10 am AST (Dkt. No. 319 at 2; *see also* Dkt. No. 292 ¶ 2(h)) is no longer listed on the Courtroom Schedule[1];

**WHEREAS**, ABR and Defendants are preparing to file a Stipulation for Entry of Judgment and a Proposed Judgment that will fully resolve this case (subject to Plaintiff's anticipated appeal);

**WHEREAS,** the parties wish to conserve judicial and party resources;

**NOW THEN**, the parties stipulate and agree that:

1. ABR and Defendants will file Stipulation for Entry of Judgment and a Proposed Judgment;

---

[1] *See* District Court of the Virgin Islands - Courtroom Schedule, *available at* https://ecf.vid.uscourts.gov/vidapps/schedule.html (last accessed Jan. 25, 2023).

2. The deadlines set forth in the Ninth Amended Scheduling Order (Dkt. No. 319) should be adjourned;

3. To the extent it has not been already, the status conference scheduled for January 27, 2023 at 10 am AST (*see* Dkt. No. 319 at 2; *see also* Dkt. No. 292 ¶ 2(h)) should be adjourned;

4. In the alternative, to the extent the Court wishes to proceed with the status conference on January 27, 2023, despite the parties' forthcoming Stipulation for Entry of Judgment and Proposed Judgment, the parties should be allowed to participate in the status conference via video- and/or tele-conference, including to accommodate a family emergency affecting ABR's counsel Andrew Simpson;

5. The Court should respectfully "SO ORDER" this stipulation and thereby adjourn the deadlines set forth in the Ninth Amended Scheduling Order (Dkt. No. 319), including adjournment of the status conference scheduled for January 27, 2023 at 10 am AST (*see id.* at 2; *see also* Dkt. No. 292 ¶ 2(h)) to the extent it is not already adjourned.

Dated: January 25, 2023                                         Respectfully submitted,

| | |
|---|---|
| **ANDREW C. SIMPSON, P.C.** | **LATHAM & WATKINS LLP** |
| By: /s/ *Andrew C. Simpson* | By: /s/ *Anthony Sammi* |
| Andrew C. Simpson, Esq. | P. Anthony Sammi (admitted *pro hac vice*) |
| VI Bar No. 451 | Rachel Blitzer (admitted *pro hac vice*) |
| 2191 Church Street, Suite 5 | Gregory Mortenson (admitted *pro hac vice*) |
| Christiansted, VI 00820 | 1271 Avenue of the Americas |
| Tel: 340.719.3900 | New York, New York 10020 |
| asimpson@coralbrief.com | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| Joseph P. Klock, Jr., Esq. | tony.sammi@lw.com |
| FBN 156678 (admitted pro hac vice) | rachel.blitzer@lw.com |
| Gabriel E. Nieto, Esq. | gregory.mortenson@lw.com |
| FBN 147559 (admitted pro hac vice) | |
| RASCO KLOCK PEREZ NIETO | **DUDLEY NEWMAN FEURZEIG LLP** |
| 2555 Ponce De Leon Blvd., Suite 600 | By: /s/ *Charles E. Lockwood* |
| Coral Gables, Florida 33134 | Charles E. Lockwood VI Bar No. 1112 |
| Telephone: 305.476.7105 | 1131 King Street, Suite 204 |
| Facsimile: 305.675.7707 | Christiansted, U. S. V. I. 00820-4974 |
| Jklock@rascoklock.com | Telephone: (340) 773-3200 |
| | Facsimile: (340) 773-3409 |
| *Attorneys for Plaintiff, Atlantic Basin Refinery, Inc.* | Clockwood@dnfvi.com |
| | *Attorneys for Defendants Arclight Capital Partners, LLC & JP Energy Partners, LP* |

**SO ORDERED.**

Dated: _____, 2023                    By _____
                                                                            WILMA LEWIS
                                                                            United States District Judge

3

**CERTIFICATE OF SERVICE**

We hereby certify that on January 25, 2023, copies of the foregoing were caused to be served on all counsel via ECF.

**ANDREW C. SIMPSON, P.C.**

By: /s/ *Andrew C. Simpson*
Andrew C. Simpson, Esq.
VI Bar No. 451
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted pro hac vice)
Gabriel E. Nieto, Esq.
FBN 147559 (admitted pro hac vice)
RASCO KLOCK PEREZ NIETO
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.675.7707
Jklock@rascoklock.com

*Attorneys for Plaintiff, Atlantic Basin Refinery, Inc.*

**LATHAM & WATKINS LLP**

By: /s/ *Anthony Sammi*
P. Anthony Sammi (admitted *pro hac vice*)
Rachel Blitzer (admitted *pro hac vice*)
Gregory Mortenson (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
tony.sammi@lw.com
rachel.blitzer@lw.com
gregory.mortenson@lw.com

**DUDLEY NEWMAN FEURZEIG LLP**

By: /s/ *Charles E. Lockwood*
Charles E. Lockwood
1131 King Street, Suite 204
Christiansted, U. S. V. I. 00820-4974
Telephone: (340) 773-3200
Facsimile: (340) 773-3409
Clockwood@dnfvi.com

*Attorneys for Defendants Arclight Capital Partners, LLC & JP Energy Partners, LP*