# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**ATLANTIC BASIN REFINING,**

        Plaintiff,

  v.

**JP ENERGY PARTNERS, LP,**
**ARCLIGHT CAPITAL PARTNERS, LLC,**

        Defendants.

_____

1:15-cv-00071-WAL-EAH

**TO:**     Joseph P. Klock, Esq.
            Gabriel Nieto, Esq.
            Andrew C. Simpson, Esq.
              *For Plaintiff*
            Paramjeet Singh Sammi, Esq.
            Serrin Turner, Esq.
            Blair G. Connelly, Esq.
            Brittany Davis, Esq.
            Gregory Mortenson, Esq.
            Rachel Renee Blitzer, Esq.
            Charles Edward Lockwood, Esq.
            Gregg R. Kronnenberger, Esq.
              *For Defendants*

## ORDER

      **THIS MATTER** comes before the Court sua sponte following the parties' filing of the Stipulation for Adjournment on January 26, 2023. Dkt. No. 344. Based on the contents of the Stipulation, the Court will set a status conference for Friday, January 27, 2023 at 2:00 p.m. AST (1:00 p.m. Eastern time).

      Accordingly, it is now hereby **ORDERED** that a status conference will be scheduled for **Friday, January 27, 2023 at 2:00 p.m. Atlantic Standard Time (1:00 p.m. Eastern**

*Atlantic Basin Refining v. JP Energy*
1:15-cv-00071-WAL-EAH
Order
Page 2

**time) by videoconference** before the undersigned Judge. The parties should contact the

Clerk's Office for dial-in information.

                                                                    ENTER:

Dated: January 27, 2023                    /s/ Emile A. Henderson III
                                                       EMILE A. HENDERSON III
                                                       U.S. MAGISTRATE JUDGE