# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**ATLANTIC BASIN REFINING,**

           **Plaintiff,**

   v.

**JP ENERGY PARTNERS, LP,**
**ARCLIGHT CAPITAL PARTNERS, LLC,**

           **Defendants.**
_____

1:15-cv-00071-WAL-EAH

**TO:**     Joseph P. Klock, Esq.
             Gabriel Nieto, Esq.
             Andrew C. Simpson, Esq.
             *For Plaintiff*
             Paramjeet Singh Sammi, Esq.
             Serrin Turner, Esq.
             Blair G. Connelly, Esq.
             Brittany Davis, Esq.
             Gregory Mortenson, Esq.
             Rachel Renee Blitzer, Esq.
             Charles Edward Lockwood, Esq.
             Gregg R. Kronnenberger, Esq.
             *For Defendants*

## **ORDER**

      **THIS MATTER** comes before the Court following an Order setting a status conference in this matter for January 27, 2023 at 2:00 p.m. AST. Dkt. No. 345. Subsequently, the parties filed a Stipulation for Entry of Judgment in which they stipulated to entry of a final judgment that preserves the rights they reserved as set forth in the Stipulation. Dkt. No. 346.

*Atlantic Basin Refining v. JP Energy*
1:15-cv-00071-WAL-EAH
Order
Page 2

Accordingly, given the filing of the Stipulation for Entry of Judgment, it is now hereby

**ORDERED** that the status conference scheduled for Friday, January 27, 2023 at 2:00 p.m. Atlantic Standard Time (1:00 p.m. Eastern time) by videoconference is **CANCELLED**.

ENTER:

Dated: January 27, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE