**IN THE DISTRICT COURT OF THE VIRGIN ISLAND**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **ATLANTIC BASIN REFINING, INC.**<br><br>**PLAINTIFF,**<br><br>VS.<br><br>**ARCLIGHT CAPITAL PARTNERS, LLC AND JP ENERGY PARTNERS, LP,**<br><br>**DEFENDANTS.** | **CASE NO.: 1:15-cv-00071** |

### REQUEST FOR RULING

Now comes plaintiff, through undersigned counsel, and requests that the Court enter judgment as proposed by the joint stipulation of the parties (Doc. No. 346) filed on January 26, 2023.

Respectfully submitted,

Atlantic Basin Refining, Inc.

**Dated**: March 21, 2023

　/s/ Andrew C. Simpson
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
**ANDREW C. SIMPSON, P.C.**
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com