UNITED STATES DISTRICT COURT
DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> ARCLIGHT CAPITAL PARTNERS, LLC AND JP ENERGY PARTNERS, LP, <br><br> DEFENDANTS. | NO. 1:15-CV-00071 |

**PLAINTIFF'S UNOPPOSED MOTION FOR STATUS CONFERENCE**

Plaintiff ABR respectfully requests a status conference with the Honorable Judge Lewis so that the parties may address any issues that may be delaying the entry of judgment in this matter. Plaintiff has conferred with counsel for defendants, who represents that defendants (1) do not oppose this motion; and (2) agree that the remote appearances should be permitted at such a status conference.

**BACKGROUND**

On January 26, 2023, the parties submitted a joint stipulation for entry of judgment (Doc. No. 346) with a proposed final judgment (Doc. No. 346-1). On March 21, 2023, plaintiff filed a request for ruling (Doc. No. 348), asking the Court to enter judgment as agreed to by the parties. To date, the proposed judgment has not been entered.

## ANALYSIS

ABR is mindful that a Court is not required to simply rubber stamp a proposed judgment. *See, e.g. Matter of Mem'l Hosp. of Iowa Cty., Inc.*, 862 F.2d 1299, 1302 (7th Cir. 1988) ("So when the litigants wish to enter a consent decree, to use the office of the court, the judge does not automatically approve but must ensure that the agreement is an appropriate commitment of judicial time and complies with legal norms"); *In re Maiers*, No. 17-70869, 2017 WL 5033660, at *2 (Bankr. C.D. Ill. Oct. 31, 2017) (stating that "[p]arties cannot insist that a court rubber stamp their agreements without regard to the requirements of substantive and procedural law").

To assist the Court in its review of the proposed stipulated judgment, ABR seeks a status conference for the purposes of allowing the parties to address any concerns the Court may have regarding the entry of the proposed final judgment (Doc. No. 346-1). Because both parties are also represented by off-island counsel who were extensively involved in negotiating the proposed stipulated judgment, ABR asks (and defendants agree) that the status conference be conducted via remote means such as TEAMS. A proposed order is filed with this motion.

Respectfully submitted,

Atlantic Basin Refining, Inc.

**Dated**: July 30, 2023

  /s/ Andrew C. Simpson
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
**ANDREW C. SIMPSON, P.C.**

2

2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted PHV)
Gabriel E. Nieto, Esq.
FBN 147559 (admitted PHV)
**RASCO KLOCK PEREZ NIETO**
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.675.7707
Jklock@rascoklock.com

*Attorneys for Plaintiff, Atlantic Basin Refinery, Inc.*