UNITED STATES DISTRICT COURT
DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

ATLANTIC BASIN REFINING, INC.,

    PLAINTIFF,

V.

ARCLIGHT CAPITAL PARTNERS, LLC AND JP ENERGY PARTNERS, LP,

    DEFENDANTS.

NO. 1:15-CV-00071

## ORDER SCHEDULING STATUS CONFERENCE

**THIS MATTER**, is before the Court on the plaintiff's unopposed motion for a status conference. The premises considered, the motion is **GRANTED**; it is

**ORDERED** that a status conference in this matter will be held before the undersigned via TEAMS or a similar remote platform on August \_\_\_\_, 2023 at \_\_\_ o'clock \_\_.m. The Clerk of Court will distribute login information for the remote conference prior to the conference.

    **SO ORDERED** this _____ day of August, 2023.

                                                 WILMA A. LEWIS
                                                 U.S. DISTRICT JUDGE