## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **ATLANTIC BASIN REFINING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2015-0071** |
| | ) | |
| **JP ENERGY PARTNERS, LP and** | ) | |
| **ARCLIGHT CAPITAL PARTNERS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
**Emily A. Shoup, Esq.,**
St. Croix, U.S.V.I.
**Joseph P. Klock, Jr., Esq.,**
**Gabriel E. Nieto, Esq.,**
Coral Gables, FL
    *For Plaintiff*

**Charles E. Lockwood, Esq.,**
St. Croix, U.S.V.I.
**Rachel Renee Blitzer, Esq.,**
**Blair G. Connelly, Esq.,**
**Brittany Davis, Esq.,**
**Gregg R. Kronenberger, Esq.,**
**Gregory Mortenson, Esq.,**
**Paramjeet Singh Sammi, Esq.,**
**Serrin Turner, Esq.,**
New York, NY
    *For Defendants*

## <u>ORDER</u>

THIS MATTER comes before the Court on the Unopposed Motion for Status Conference (Dkt. No. 349) filed by Plaintiff Atlantic Basin Refining, Inc. ("Plaintiff"). In the Motion, Plaintiff requests a status conference to "[allow] the parties to address any concerns the Court may have regarding the entry of the proposed final judgment" previously filed by the parties. *Id.* at 2. Plaintiff also requests that the Court permit remote appearances since off-island counsel for both parties were involved in negotiating the proposed judgment. *Id.*

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that Plaintiff Atlantic Basin Refining, Inc.'s Unopposed Motion for Status Conference (Dkt. No. 349) is **GRANTED**; and it is further

**ORDERED** that, based on the Court's confirmation with counsel, a Status Conference shall be held on **August 18, 2023 at 1:00 p.m. Atlantic Standard Time** in **STX Courtroom 1** before the undersigned District Judge; and it is further

**ORDERED** that counsel who are on island shall appear in-person, while off-island counsel may appear remotely; and it is further

**ORDERED** that the Clerk's Office shall contact off-island counsel to provide the necessary call-in information to participate.

**SO ORDERED.**

Date: August 17, 2023

_____/s/_____
WILMA A. LEWIS
District Judge