IN THE DISTRICT COURT OF THE VIRGIN ISLAND
DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC.<br><br>PLAINTIFF,<br><br>VS.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC<br>AND JP ENERGY PARTNERS, LP,<br><br>DEFENDANTS. | CASE NO.: 1:15-cv-00071 |

### NOTICE OF WITHDRAWAL FROM STIPULATION

Now comes plaintiff, Atlantic Basin Refining, Inc., through undersigned counsel, and notifies the Court that pursuant to the representation plaintiff made in open Court this afternoon, it has withdrawn from the joint stipulation of the parties (Doc. No. 346) that was filed on January 26, 2023.

Respectfully submitted,

Atlantic Basin Refining, Inc.

**Dated**: August 18, 2023

   /s/ Andrew C. Simpson
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
**ANDREW C. SIMPSON, P.C.**
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com