# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**ATLANTIC BASIN REFINING,**

            Plaintiff,

   v.

**JP ENERGY PARTNERS, LP,**
**ARCLIGHT CAPITAL PARTNERS, LLC,**

            Defendants.
_____

1:15-cv-00071-WAL-EAH

**TO:**     Joseph P. Klock, Esq.
             Gabriel Nieto, Esq.
             Andrew C. Simpson, Esq.
                 *For Plaintiff*
             Paramjeet Singh Sammi, Esq.
             Serrin Turner, Esq.
             Blair G. Connelly, Esq.
             Brittany Davis, Esq.
             Gregory Mortenson, Esq.
             Rachel Renee Blitzer, Esq.
             Charles Edward Lockwood, Esq.
             Gregg R. Kronnenberger, Esq.
             Rachel Renee Blitzer, Esq.
                 *For Defendants*

## ORDER

**THIS MATTER** comes before the Court sua sponte following Plaintiff Atlantic Basin Refining's Notice of Withdrawal from Stipulation, filed after a status conference before the district judge on August 18, 2023. Dkt. No. 351. In the aforementioned Stipulation, filed in January 2023, the parties proposed to file a Stipulation for Entry of Judgment and Proposed Judgment that would have fully resolved this case, subject to Plaintiff's anticipated appeal. Dkt. No. 346.

*Atlantic Basin Refining v. JP Energy*
1:15-cv-00071-WAL-EAH
Order
Page 2

Given that, with the withdrawal of the Stipulation, the case is once again active, the Court will hold a status conference on Monday, November 27, 2023, at 1:00 p.m. AST by videoconference to determine how the parties plan to proceed. In preparation for that status conference, the Court will direct the parties to file a joint status report by November 20, 2023 outlining the current status of the case, any discovery issues that may remain, and a proposed plan forward (with proposed deadlines) that can bring this case to a resolution.

Accordingly, it is now hereby **ORDERED**:

1. A status conference will be scheduled for **Monday, November 27, 2023 at 2:00 p.m. Atlantic Standard Time (1:00 p.m. Eastern time) by videoconference** before the undersigned Judge. The parties should contact the Clerk's Office for dial-in information.

2. The parties shall submit a Joint Status Report by **November 20, 2023** outlining the current status of the case, any discovery issues that may remain, and a proposed plan forward (with proposed deadlines) that can bring this case to a resolution.

ENTER:

Dated: October 30, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE