IN THE DISTRICT COURT OF THE VIRGIN ISLAND
DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC.<br><br>PLAINTIFF,<br><br>VS.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC<br>AND JP ENERGY PARTNERS, LP,<br><br>DEFENDANTS. | CASE NO.: 1:15-cv-00071 |

**ABR'S REPLY TO DEFENDANTS' OPPOSITION TO ABR'S SUBMISSION
RE THE COURT'S DECEMBER 5, 2023 ORDER REGARDING
CLARIFICATION OF PLAINTIFF'S DAMAGE CLAIM**

Atlantic Basin Refining, Inc. ("ABR") and Defendants essentially differ upon whether a plaintiff can recover *damages* linked to a bankrupt's assets under an NDA claim after this Court has already clarified that its prior rulings were limited to the linkage between the *liability theory's* relationship with the asset. The Court explained at its November 27, 2023 hearing that it had not ruled out *damages* linked to the asset.

Defendants repeatedly ignore the distinction this Court drew at the November 27, 2023 hearing between:

- liability theories linked to the asset and
- damages linked to the asset.

If this Court *now* determines that damages linked to the asset are also barred when the liability theory is not linked to the asset, then the Defendants are correct

1

that—under such a ruling—ABR's remaining claims should be dismissed. On the other hand, if the Court *now* rules that using the assets as a measure of damages under a liability theory that the Court has already determined is not linked to the assets, then ABR's current claims should proceed to trial.

                Respectfully submitted,

                Atlantic Basin Refining, Inc.

**Dated**: March 14, 2024

                /s/ Andrew C. Simpson
                By: Andrew C. Simpson, Esq.
                VI Bar No. 451
                **ANDREW C. SIMPSON, P.C.**
                2191 Church Street, Suite 5
                Christiansted, VI 00820
                Tel: 340.719.3900
                asimpson@coralbrief.com

                Joseph P. Klock, Jr., Esq.
                FBN 156678 (admitted PHV)
                **RASCO KLOCK PEREZ NIETO**
                2555 Ponce De Leon Blvd., Suite 600
                Coral Gables, Florida 33134
                Telephone: 305.476.7105
                Facsimile: 305.675.7707
                Jklock@rascoklock.com

                Attorneys for Plaintiff, Atlantic Basin Refinery, Inc.