IN THE DISTRICT COURT OF THE VIRGIN ISLAND
DIVISION OF ST. CROIX

| | |
|---|---|
| **ATLANTIC BASIN REFINING, INC.**<br><br>    **PLAINTIFF,**<br><br>VS.<br><br>**ARCLIGHT CAPITAL PARTNERS, LLC AND JP ENERGY PARTNERS, LP,**<br><br>    **DEFENDANTS.** | **CASE NO.: 1:15-cv-00071** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Atlantic Basin Refining, Inc. ("ABR") notifies the Court of the United States Supreme Court's decision in *Harrington v. Purdue Pharma L. P.*, Case No. 23-124, –U.S. –, 2024 WL 3187799 (June 27, 2024). This decision calls into question the breadth of the definition of "interests" under 11 U.S.C. § 363(f) as applied in this case in as much as the Supreme Court has now held that bankruptcy court lacks the power to extinguish the claims that non-consenting victims of a tort have against a non-debtor tortfeasor.[1] The supplemental authority relates to the Court's Order relating to briefing on damages (Doc. No. 358) and the parties' submissions in response to that

---

[1] While *Purdue Pharma* is a case arising under Chapter 11 of the Bankruptcy Code, the effect of a discharge is defined in 11 U.S.C. § 524 (Chapter 5) and applies to *all* bankruptcy proceedings, whether arising under Chapter 7, 9, 11, or 13. *See also Purdue Pharma*, 2024 WL 3187799 at *9 (noting that the bankruptcy code generally reserves the benefit of a discharge to the entity that files for bankruptcy and citing the discharge provisions of both Chapter 7 and Chapter 11).

1

Order.[2]

        Respectfully submitted,

        Atlantic Basin Refining, Inc.

**Dated**: June 27, 2024

        /s/ Andrew C. Simpson
        By: Andrew C. Simpson, Esq.
        VI Bar No. 451
        **ANDREW C. SIMPSON, P.C.**
        2191 Church Street, Suite 5
        Christiansted, VI 00820
        Tel: 340.719.3900
        asimpson@coralbrief.com

        Joseph P. Klock, Jr., Esq.
        FBN 156678 (admitted PHV)
        **RASCO KLOCK PEREZ NIETO**
        2555 Ponce De Leon Blvd., Suite 600
        Coral Gables, Florida 33134
        Telephone: 305.476.7105
        Facsimile: 305.675.7707
        Jklock@rascoklock.com

        Attorneys for Plaintiff, Atlantic Basin Refinery, Inc.

---

[2] The decision also relates to this Court's opinion (Doc. No. 217) on Defendants' first motion to dismiss in this matter. ABR is evaluating the filing of a renewed motion for reconsideration or alternatively a renewed motion for interlocutory appeal relating to that opinion based upon *Purdue Pharma.*