UNITED STATES DISTRICT COURT
DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCLIGHT CAPITAL PARTNERS, LLC and JP ENERGY PARTNERS, LP, <br><br> Defendants. | Case No. 15 Civ. 0071 (WAL) (GWC) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Civil Rule 7.1, Defendants respectfully request leave to file a response to Plaintiff Atlantic Basin Refining, Inc.'s notice of supplemental authority (Dkt. 367). Defendants' proposed submission is attached hereto as Exhibit 1, along with a proposed order.

Dated: July 10, 2024

New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ P. Anthony Sammi*
P. Anthony Sammi (admitted *pro hac vice*)
Rachel Blitzer (admitted *pro hac vice*)
Gregory Mortenson (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
tony.sammi@lw.com
rachel.blitzer@lw.com
gregory.mortenson@lw.com

- 2 -

**DUDLEY NEWMAN FEURZEIG LLP**

By: _/s/ Charles E. Lockwood_
    Charles E. Lockwood
    1131 King Street, Suite 204
    Christiansted, U. S. V. I. 00820-4974
    Telephone: (340) 773-3200
    Facsimile: (340) 773-3409
    Clockwood@dnfvi.com

    *Attorneys for Defendants Arclight Capital*
    *Partners, LLC & JP Energy Partners, LP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the July 10, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following.

**ANDREW C. SIMPSON, P.C**.

Andrew C. Simpson, Esq.
VI Bar No. 451
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted pro hac vice)
Gabriel E. Nieto, Esq.
FBN 147559 (admitted pro hac vice)
RASCO KLOCK PEREZ NIETO
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.675.7707
Jklock@rascoklock.com

*Attorneys for Plaintiff Atlantic Basin Refining, Inc.*

Dated: July 10, 2024  
      New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ P. Anthony Sammi
    P. Anthony Sammi (admitted *pro hac vice*)
    Rachel Blitzer (admitted *pro hac vice*)
    Gregory Mortenson (admitted *pro hac vice*)
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    tony.sammi@lw.com
    rachel.blitzer@lw.com
    gregory.mortenson@lw.com

**DUDLEY NEWMAN FEURZEIG LLP**

By: /s/ Charles E. Lockwood
    Charles E. Lockwood
    1131 King Street, Suite 204
    Christiansted, U. S. V. I. 00820-4974
    Telephone: (340) 773-3200
    Facsimile: (340) 773-3409
    Clockwood@dnfvi.com

    *Attorneys for Defendants Arclight Capital Partners, LLC & JP Energy Partners, LP*