**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCLIGHT CAPITAL PARTNERS, LLC and JP ENERGY PARTNERS, LP, <br><br> Defendants. | Case No. 15 Civ. 0071 (WAL) (GWC) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Having considered Defendants' Motion for Leave to Respond to Plaintiff's Notice of Supplemental Authority, IT IS HEREBY ORDERED that the Motion is GRANTED and that Defendants' submission is deemed filed and will be considered in connection with this Court's ruling on the pending issue regarding clarification of plaintiffs' damages theories (*see* Dkt. 358, 362, 365, 366).

Dated: _____

_____
HON.