IN THE DISTRICT COURT OF THE VIRGIN ISLAND
DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC.<br><br>PLAINTIFF,<br><br>VS.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC<br>AND JP ENERGY PARTNERS, LP,<br><br>DEFENDANTS. | CASE NO.: 1:15-cv-00071 |

### ABR'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO ABR'S NOTICE OF SUPPLEMENTAL AUTHORITY

Atlantic Basin Refining, Inc. ("ABR") filed a notice of supplemental authority that, without argument, identified the relationship of the authority (***Harrington v. Purdue Pharma L. P.***, Case No. 23-124, –U.S. –, 2024 WL 3187799 (June 27, 2024)) to the instant case. Defendants now move to respond to that notice of supplemental authority and attached their proposed argument as to why they believe ***Harrington*** is not applicable. Notwithstanding Defendants' non-compliance with the Local Rules,[1] ABR has no objection to the Court accepting Defendants' proposed response provided ABR is given leave to reply to same.

---

[1] LRCi 7.1(f) requires a movant to seek concurrence from each party before filing a non-dispositive motion. Had Defendants sought such concurrence, ABR would have concurred to Defendants filing a response provided that they agreed that ABR could file a reply

1

Respectfully submitted,

Atlantic Basin Refining, Inc.

**Dated**: July 24, 2024

/s/ Andrew C. Simpson
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
**ANDREW C. SIMPSON, P.C.**
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted PHV)
**RASCO KLOCK PEREZ NIETO**
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.675.7707
Jklock@rascoklock.com

Attorneys for Plaintiff, Atlantic Basin Refinery, Inc.