UNITED STATES DISTRICT COURT
DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

|  |  |
|---|---|
| ATLANTIC BASIN REFINING, INC.,<br><br>                          Plaintiff,<br><br>    v.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC and<br>JP ENERGY PARTNERS, LP,<br><br>                        Defendants. | Case No. 15 Civ. 0071 (WAL) (EAH) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Civil Rule 7.1, Defendants respectfully request leave to file a brief sur-reply to Plaintiff Atlantic Basin Refining, Inc.'s ("ABR") reply regarding its notice of supplemental authority (Dkt. 371). ABR's reply constituted its first presentation of its substantive position on the purported supplemental authority, which was not included in its original notice (Dkt. 367). Accordingly, a sur-reply is warranted because ABR raised arguments in its reply that it had not raised in previous briefing. *See, e.g., Amlin Underwriting, Ltd. v. Caribbean Auto Mart of St. Croix, Inc.*, 2010 WL 3825106, at *2 (D.V.I. Sept. 28, 2010) ("It is appropriate to grant a sur-reply to allow the non-moving party the opportunity to respond to arguments raised for the first time in the movant's reply."); *see also* Dkt. 246 at 9 n.5 (noting that requesting leave to file sur-reply is "customary" remedy where new argument raised for first time on reply). A sur-reply is further necessary to correct ABR's misstatements regarding *Harrington v. Purdue Pharma L. P.*, 144 S. Ct. 2071 (2024), which does not bear on the present case. Defendants' proposed submission is attached hereto as Exhibit 1, along with a proposed order.

- 1 -

Dated: August 12, 2024

New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ *P. Anthony Sammi*
    P. Anthony Sammi (admitted *pro hac vice*)
    Rachel R. Blitzer (admitted *pro hac vice*)
    Gregory Mortenson (admitted *pro hac vice*)
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    tony.sammi@lw.com
    rachel.blitzer@lw.com
    gregory.mortenson@lw.com

**DUDLEY NEWMAN FEURZEIG LLP**

By: /s/ *Charles E. Lockwood*
    Charles E. Lockwood
    1131 King Street, Suite 204
    Christiansted, U. S. V. I. 00820-4974
    Telephone: (340) 773-3200
    Facsimile: (340) 773-3409
    Clockwood@dnfvi.com

    *Attorneys for Defendants Arclight Capital Partners, LLC & JP Energy Partners, LP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following.

**ANDREW C. SIMPSON, P.C**.

Andrew C. Simpson, Esq.
VI Bar No. 451
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted pro hac vice)
Gabriel E. Nieto, Esq.
FBN 147559 (admitted pro hac vice)
RASCO KLOCK PEREZ NIETO
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.675.7707
Jklock@rascoklock.com

*Attorneys for Plaintiff Atlantic Basin Refining, Inc.*

Dated: August 12, 2024
      New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: <u>*/s/ P. Anthony Sammi*</u>
    P. Anthony Sammi (admitted *pro hac vice*)
    Rachel Blitzer (admitted *pro hac vice*)
    Gregory Mortenson (admitted *pro hac vice*)
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone:  (212) 906-1200
    Facsimile:  (212) 751-4864
    tony.sammi@lw.com
    rachel.blitzer@lw.com
    gregory.mortenson@lw.com

**DUDLEY NEWMAN FEURZEIG LLP**

By: <u>*/s/ Charles E. Lockwood*</u>
    Charles E. Lockwood
    1131 King Street, Suite 204
    Christiansted, U. S. V. I. 00820-4974
    Telephone:  (340) 773-3200
    Facsimile:  (340) 773-3409
    Clockwood@dnfvi.com

*Attorneys for Defendants Arclight Capital Partners, LLC & JP Energy Partners, LP*