**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

|  |  |
|---|---|
| ATLANTIC BASIN REFINING, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC and<br>JP ENERGY PARTNERS, LP,<br><br>      Defendants. | Case No. 15 Civ. 0071 (WAL) (GWC) |

**MOTION TO WITHDRAW AND TERMINATE
PRO HAC VICE ADMISSIONS**

COMES NOW Charles E. Lockwood, Esq., who is an active member of the Virgin Islands Bar in good standing, and hereby respectfully requests this Court rescind or terminate the *pro hac vice* admissions of Serrin Turner, Brittany Davis and Gregory Mortenson. In support of this motion, it is respectfully submitted as follows:

1. On March 1, 2018, this Court granted for the *pro hac vice* admission of Applicant Serrin Turner to represent ArcLight Capital Partners, LLC and JP Energy Partners, LP ("Defendants" or "ArcLight") in the above captioned matter.

2. Attorney Serrin Turner's *pro hac vice* admission is no longer needed.

3. On October 5, 2021, this Court granted for the *pro hac vice* admission of Applicant Brittany Davis to represent ArcLight Capital Partners, LLC and JP Energy Partners, LP ("Defendants" or "ArcLight") in the above captioned matter.

4. Attorney Brittany Davis is no longer associated with Latham & Watkins, LLP.

5. On October 14, 2021, this Court granted for the *pro hac vice* admission of Applicant Gregory Mortenson to represent ArcLight Capital Partners, LLC and JP Energy

ABR v. Arclight, Case No. 15-71 (WAL)
MOTION TO TERMINATE PRO HAC VICE ADMISSIONS
Page 2

Partners, LP ("Defendants" or "ArcLight") in the above captioned matter.

6. Attorney Gregory Mortenson will no longer be associated with Latham & Watkins, LLP as of September 3, 2024.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court terminate the *pro hac vice* admissions of Serrin Turner, Brittany Davis and Gregory Mortenson.

Dated: September 3, 2024

**DUDLEY NEWMAN FEURZEIG LLP**

By: */s/ Charles E. Lockwood*
    Charles E. Lockwood
    1131 King Street, Suite 204
    Christiansted, U. S. V. I. 00820-4974
    Telephone:  (340) 773-3200
    Facsimile:  (340) 773-3409
    Clockwood@dnfvi.com

    *Attorneys for Defendants Arclight Capital*
    *Partners, LLC & JP Energy Partners, LP*

ABR v. Arclight, Case No. 15-71 (WAL)
MOTION TO TERMINATE PRO HAC VICE ADMISSIONS
Page 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2024, I electronically filed the foregoing **MOTION TO TERMINATE PRO HAC VICE ADMISSIONS** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following.

Andrew C. Simpson, Esq.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email: asimpson@coralbrief.com

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted pro hac vice)
Gabriel E. Nieto, Esq.
FBN 147559 (admitted pro hac vice)
RASCO KLOCK PEREZ NIETO
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Email: Jklock@rascoklock.com

*Attorneys for Plaintiff Atlantic Basin Refining, Inc.*