## UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCLIGHT CAPITAL PARTNERS, LLC and JP ENERGY PARTNERS, LP, <br><br> Defendants. | Case No. 15 Civ. 0071 (WAL) (GWC) |

### NOTICE OF FILING PROPOSED ORDER

COMES NOW Defendants Arclight Capital Partners, LLC and JP Energy Partners, LP, by and through undersigned counsel, Charles E. Lockwood, Esq., of Dudley Newman Feuerzeig, LLP, hereby give notice of filing the proposed order associated with Defendants' Motion to Withdraw and Terminate Pro Hac Vice Admissions, doc. No. 374, filed on even date.

**DUDLEY NEWMAN FEURZEIG LLP**

By: */s/ Charles E. Lockwood*
    Charles E. Lockwood
    1131 King Street, Suite 204
    Christiansted, U. S. V. I. 00820-4974
    Telephone: (340) 773-3200
    Facsimile: (340) 773-3409
    Clockwood@dnfvi.com

    *Attorneys for Defendants Arclight Capital*
    *Partners, LLC & JP Energy Partners, LP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2024, I electronically filed the foregoing NOTICE OF FILING PROPOSED ORDER with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following.

    Andrew C. Simpson, Esq.
    2191 Church Street, Suite 5
    Christiansted, VI 00820
    Email: asimpson@coralbrief.com

    Joseph P. Klock, Jr., Esq.
    FBN 156678 (admitted pro hac vice)
    Gabriel E. Nieto, Esq.
    FBN 147559 (admitted pro hac vice)
    RASCO KLOCK PEREZ NIETO
    2555 Ponce De Leon Blvd., Suite 600
    Coral Gables, Florida 33134
    Email: Jklock@rascoklock.com

    *Attorneys for Plaintiff Atlantic Basin Refining, Inc.*