## US DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| ATLANTIC BASIN REFINING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC and JP ENERGY PARTNERS, LP,<br><br>Defendants. | Case No. 1:15-cv-00071-WAL-GWC |

### ORDER

This matter is before the Court on the Defendants' Motion to Terminate the *pro hac vice* admissions of Serrin Turner, Brittany Davis and Gregory Mortenson, and the Court having been advised in the premises, it is hereby,

**ORDERED** that Defendants' Motion to Terminate Pro Hac Vice Admissions is **GRANTED** and further,

**ORDERED** that Attorneys Serrin Turner, Brittany Davis and Gregory Mortenson are **RELIEVED AND TERMINATED** as pro hac vice counsel of record for Defendants ArcLight Capital Partners, LLC and JP Energy Partners, LP.

**SO ORDERED** this _____ day of _____, 2024.

_____
JUDGE OF THE DISTRICT COURT