**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**ATLANTIC BASIN REFINING,**

        Plaintiff,

  v.

**JP ENERGY PARTNERS, LP,**
**ARCLIGHT CAPITAL PARTNERS, LLC,**

        Defendants.
_____

1:15-cv-00071-WAL-EAH

**TO:**      Joseph P. Klock, Esq.
             Gabriel Nieto, Esq.
             Andrew C. Simpson, Esq.
               *For Plaintiff*
             Paramjeet Singh Sammi, Esq.
             Serrin Turner, Esq.
             Blair G. Connelly, Esq.
             Brittany Davis, Esq.
             Gregory Mortenson, Esq.
             Rachel Renee Blitzer, Esq.
             Charles Edward Lockwood, Esq.
             Gregg R. Kronnenberger, Esq.
             Rachel Renee Blitzer, Esq.
               *For Defendants*

**ORDER**

      **THIS MATTER** comes before the Court on the Motion to Withdraw and Terminate Pro Hac Vice Admissions filed by Charles E. Lockwood, Esq. on behalf of Defendants Arclight Capital Partners, LLC and JP Energy Partners, LP. Dkt. No. 374. The motion seeks the withdrawal and termination of *pro hac vice* admission for three attorneys: Serrin Turner, Esq., Brittany Davis, Esq., and Gregory Mortenson, Esq. *Id*. The motion states that Attorney

*Atlantic Basin Refining v. JP Energy*
1:15-cv-00071-WAL-EAH
Order
Page 2

Turner's admission is no longer needed and that Attorneys Davis and Mortenson are no longer associated with Latham & Watkins, LLP.[1] *Id*.

Having reviewed and considered the motion, it is now hereby **ORDERED**:

1. Defendants' Motion to Withdraw and Terminate Pro Hac Vice Admissions, Dkt. No. 374, is **GRANTED**.

2. Serrin Turner, Esq., Brittany Davis, Esq., and Gregory Mortenson, Esq., are **RELIEVED AND TERMINATED** as pro hac vice counsel of record for Defendants Arclight Capital Partners, LLC and JP Energy Partners, LP.

5. Attorney Lockwood shall serve a copy of this order on Defendants Arclight Capital Partners, LLC and JP Energy Partners, LP and file with the Court notice of receipt thereof within **14 days** from the date of entry of this Order.

ENTER:

Dated: September 10, 2024

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE

---

[1] Defendants initially failed to comply with LRCi 7.1(e) by filing the instant motion without a proposed order. However, Defendants later supplemented their motion with a proposed order. Dkt. Nos. 375, 375-1.