**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| ATLANTIC BASIN REFINING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No. 1:15-cv-0071** |
| v. | ) | |
| | ) | |
| JP ENERGY PARTNERS, LP, and | ) | |
| ARCLIGHT CAPITAL PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ATTORNEYS:**

JOSEPH P. KLOCK, ESQ.
RASCO KLOCK PEREZ NIETO, P.L.
CORAL GABLES, FL

ANDREW C SIMPSON, ESQ.
EMILY A. SHOUP, ESQ.
LAW OFFICES OF ANDREW SIMPSON
ST. CROIX, USVI
        *FOR PLAINTIFF ATLANTIC BASIN REFINING, INC.*

MICHAEL LACOVARA, ESQ.
PARAMJEET SINGH SAMMI, ESQ.
SERRIN TURNER, ESQ.
BLAIR G. CONNELLY, ESQ.
BRITTANY DAVIS, ESQ.
RACHEL RENEE BLITZER, ESQ.
LATHAM & WATKINS LLP
NEW YORK, NY

CHARLES EDWARD LOCKWOOD, ESQ.
NICHOLS, NEWMAN, LOGAN & GRAY P.C.
ST. CROIX, USVI

GREGG R KRONENBERGER, ESQ.
DUDLEY NEWMAN FEUERZEIG LLP
ST. CROIX, USVI
        *FOR DEFENDANTS JP ENERGY PARTNERS, LP AND ARCLIGHT CAPITAL PARTNERS, LLC*

*Atlantic Basin Refining, Inc. v. JP Energy Partners, LP*
Case No. 1:15-cv-0071
Order
Page 2 of 3

## ORDER[1]

**THIS MATTER** comes before the Court on Plaintiff Atlantic Basin Refining, Inc.'s ("Plaintiff") Response to the Court's December 5, 2023 Order Regarding Clarification of Plaintiff's Damage Claim filed on January 30, 2024. (ECF No. 362.) Defendants JP Energy Partners, LP and Arclight Capital Partners, LLC ("Defendants") filed a Response in Opposition on March 5, 2024. (ECF No. 365.) Plaintiff filed a Reply to Defendants' Opposition on March 14, 2024. (ECF No. 366.) Plaintiff additionally filed a Notice of Supplemental Authority on June 27, 2024. (ECF No. 367.)[2]

The Court construes Defendants' Response, ECF No. 365, as a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendants JP Energy Partners, LP and Arclight Capital Partners, LLC's Response in Opposition, ECF No. 365, construed as a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, is **GRANTED**; it is further

**ORDERED** that Count Two (Breach of Contract), Count Four (Misappropriation), and Count Six (*Quantum Meruit*), as set forth in Plaintiff's Second Amended Complaint, ECF No. 227, are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted and as barred under 11 U.S.C. § 363(f); it is further

---

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.

[2] This Notice triggered additional supplemental briefings by both parties between July 2024 and March 2025, with leave of the Court. (ECF Nos. 368, 368-1, 369, 370, 371, 372, 372-2, 373, 377, 378.)

*Atlantic Basin Refining, Inc. v. JP Energy Partners, LP*
Case No. 1:15-cv-0071
Order
Page 3 of 3

        **ORDERED** that Plaintiff's Second Amended Complaint filed on August 15, 2018, ECF

No. 227, is **DISMISSED WITH PREJUDICE**; it is further

        **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**Dated:** March 27, 2026                    */s/ Robert A. Molloy*
                                            **ROBERT A. MOLLOY**
                                            **Chief Judge**