**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

|  |  |
|---|---|
| ATLANTIC BASIN REFINING, INC., <br><br>            Plaintiff, <br><br>    v. <br><br> ARCLIGHT CAPITAL PARTNERS, LLC and JP ENERGY PARTNERS, LP, <br><br>            Defendants. | Case No. 15 Civ. 0071 (RAM) (EAH) |

**DECLARATION OF P. ANTHONY SAMMI IN SUPPORT OF**
**DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to 28 U.S.C. § 1746, I, P. ANTHONY SAMMI, hereby declare:

1. I am a partner at the law firm of Latham & Watkins LLP ("Latham"), and I served as lead counsel for Defendants ArcLight Capital Partners, LLC ("ArcLight")  and JP Energy Partners, LP ("JP Energy") (together, "Defendants") in the above-captioned action. I have personal knowledge of the facts stated herein, and I am competent to make this Declaration.

2. Latham is a globally recognized law firm with offices in major cities throughout the United States and around the world, including New York, where our team is based.  Latham is regularly engaged to handle complex, high-stakes commercial disputes. The attorneys at Latham who worked on this matter bring extensive experience in complex commercial litigation, bankruptcy, trade secrets, and contract disputes—precisely the areas of expertise demanded by this case.

3. I have reviewed the billing records of Latham as they relate to this action. These records are made at or near the time of the transactions described in them, by or from information transmitted by persons with knowledge of the transactions. These records are kept in the course of

the regularly conducted business activity of Latham, and it is the regular practice of Latham to make and keep these records.

4.      The following Latham attorneys worked on this matter under my direction and supervision:

- **P. Anthony Sammi** – Partner. I served as lead counsel for Defendants since 2022, overseeing all aspects of case strategy, motion practice, discovery, mediation, and dispositive briefing. I represented Defendants at court hearings, status conferences, and mediation, and I was the primary point of contact for the client and co-counsel.

- **Rachel Renee Blitzer** – Partner (previously Counsel). Ms. Blitzer was centrally involved in all phases of the litigation, including drafting and arguing motions, managing discovery, preparing for and attending depositions and court hearings, negotiating the stipulation for entry of judgment, and conducting legal research and analysis. Ms. Blitzer appeared on behalf of Defendants at multiple hearings before this Court, including the August 18, 2023 status conference.

- **Serrin Turner** – Partner. Mr. Turner provided senior strategic counsel throughout the litigation and was instrumental in developing and executing the defense strategy. Mr. Turner authored Defendants' mediation statement and contributed to key briefing, including the memorandum in support of Defendants' second motion to dismiss.

- **Blair G. Connelly** – Partner. Mr. Connelly served as senior litigation counsel for Defendants. He contributed to the development of the legal strategy and authored portions of Defendants' motion to dismiss the Second Amended Complaint.

- **Michael Lacovara** – Partner. Mr. Lacovara provided counsel on complex legal issues arising in the litigation, including issues related to the Bankruptcy Sale Order and damages.

- **Brittany Davis** – Associate. Ms. Davis performed legal research and analysis, assisted in drafting discovery responses and court filings, and contributed to the review and analysis of discovery materials.

- **Gregory Mortenson** – Associate. Mr. Mortenson was deeply involved in all aspects of discovery, including drafting interrogatories, requests for admission, and requests for production, reviewing and analyzing documents produced by Plaintiff, and coordinating with expert consultants. Mr. Mortenson also contributed to motion practice and legal briefing.

- **Irina Sivachenko** – Associate. Ms. Sivachenko assisted with discovery, legal research, and drafting of court filings and discovery responses.

- **Jessica D. Rostoker** – Associate. Ms. Rostoker contributed to legal research, analysis, and drafting of memoranda and court filings.

- **Michael A. Watsula** – Associate. Mr. Watsula participated in briefing and motion practice during the earlier phases of the litigation, including the preparation and filing of Defendants' motion to dismiss the First Amended Complaint and Second Amended Complaint.

5. This case required extraordinary effort over its more than ten-year duration. Latham's work on this matter included, but was not limited to, the following categories of work:

(a) **Motion Practice.** Latham drafted and filed two comprehensive motions to dismiss Plaintiff's First Amended Complaint and Second Amended Complaint, each supported by detailed memoranda of law addressing multiple legal theories, including bankruptcy preemption under 11 U.S.C. § 363(f), failure to state a claim, misappropriation, and breach of contract. Latham also prepared reply briefs, responses to Plaintiff's motions for

3

reconsideration, and extensive briefing on the dispositive damages question that ultimately resulted in the dismissal of all remaining claims with prejudice on March 27, 2026.

(b) **Discovery.** Latham propounded and responded to multiple sets of interrogatories, requests for admission, and requests for production on behalf of both ArcLight and JP Energy. Latham reviewed and analyzed hundreds of documents produced by Plaintiff and third parties. Latham prepared for and conducted and defended depositions of fact witnesses, including Atlantic Basin Refining, Inc.'s ("ABR") principals and third-party witnesses. Latham also coordinated with AlixPartners and other consultants in reviewing and analyzing discovery materials.

(c) **Expert Analysis.** Latham engaged expert consultants, coordinated the preparation of expert analyses, and reviewed and analyzed Plaintiffs' expert report from David B. Lerman of FTI Consulting, which was subsequently withdrawn by Plaintiff.

(d) **Motions to Compel.** Latham filed motions to compel ABR to provide adequate interrogatory responses specifying the confidential information at issue and the manner in which it was allegedly misappropriated. Latham also successfully obtained a court order granting all of Defendants' expanded discovery requests after ABR attempted to change its damages theory for the fourth time.

(e) **Mediation.** Latham prepared a comprehensive mediation statement and represented Defendants at mediation, which was ultimately unsuccessful due to ABR's refusal to make a reasonable counter-offer.

(f) **Stipulation and Judgment.** Latham drafted, negotiated, and finalized the Stipulation for Entry of Judgment, which expressly preserved Defendants' right to seek attorneys' fees

and costs. Latham managed the complex procedural issues that arose when ABR subsequently attempted to withdraw from the stipulation.

(g) **Appellate Preparation.** Latham performed work to prepare for and position the case strategically in anticipation of ABR's stated intention to appeal.

(h) **Status Conferences and Court Appearances.** Latham attorneys participated in numerous court hearings and telephonic conferences with the Court.

(i) **Fee Application.** Latham prepared this Declaration, compiled and reviewed the billing records, and assisted in the preparation of the Memorandum of Law in Support of Defendants' Motion for Attorneys' Fees and Costs.

6.      Over the course of this litigation, the billing rates of the Latham attorneys and who worked on this matter changed as follows, consistent with periodic, firmwide rate adjustments:

| Timekeeper | Role | Rates During Representation |
|---|---|---|
| P. Anthony Sammi | Partner | $1,570/hr - $1,860/hr |
| Rachel Renee Blitzer | Partner/Counsel | $1,240/hr - $1,495/hr |
| Serrin Turner | Partner | $1,025/hr - $1,240/hr |
| Blair G. Connelly | Partner | $1,050/hr - $1,660/hr |
| Michael Lacovara | Partner | $1,530/hr - $1,605/hr |
| Brittany Davis | Associate | $725/hr - $1,065/hr |
| Gregory Mortenson | Associate | $1,095/hr - $1,380/hr |
| Irina Sivachenko | Associate | $1,095/hr - $1,165/hr |
| Jessica D. Rostoker | Associate | $895/hr |
| Michael A. Watsula | Associate | $810/hr - $1,055/hr |

7.      These billing rates are the standard rates charged by Latham for work performed in matters throughout the United States. While these rates are higher than the customary rates of $300 to $400 per hour that this Court has recognized for conventional civil litigation in the U.S. Virgin Islands, this was not conventional civil litigation. This case involved approximately $4 billion in claims, extraordinarily complex legal and factual issues spanning bankruptcy law, trade secret law,

and multijurisdictional choice-of-law questions, and required over ten years of sustained defense effort. The rates reflected in this application were at or below the standard billing rates these timekeepers offered for their services for other matters throughout the United States.

8.     It is the practice of Latham not to bill for duplicative efforts of counsel. To the extent multiple attorneys worked on a single task, such collaboration was necessary and efficient given the complexity and scope of the matter and reflected appropriate supervision, review, and quality control. Any overlap in time entries was directly related to the supervision of more junior attorneys in the defense of this matter.

9.     The total amount of Latham's attorneys' hours and fees incurred in this matter for billable work is $3,411,040.  The fees associated with each member of the Latham team in connection with this matter from its inception in November 2015 through the present is set forth are below.  This table was compiled directly from computer analysis of the billing records of Latham, and I hereby verify that the services set forth therein were actually and necessarily performed.

| Timekeeper | Total Hours | Total Fees |
|---|---|---|
| P. Anthony Sammi | 362.9 | $582,989.00 |
| Rachel Renee Blitzer | 178.5 | $225,167.00 |
| Serrin Turner | 380.3 | $496,360.00 |
| Blair G. Connelly | 179.4 | $363,697.00 |
| Michael Lacovara | 53.2 | $82,573.50 |
| Brittany Davis | 65.6 | $40,310.00 |
| Gregory Mortenson | 298.1 | $62,853.00 |
| Irina Sivachenko | 169.1 | $23,323.50 |
| Jessica D. Rostoker | 46.1 | $41,259.50 |
| Michael A. Watsula | 1626.7 | $1,492,507.50 |

10.     Defendants also expended costs associated with this matter totaling $730,429.95. These costs include, but are not limited to, filing fees, court reporter and transcript charges, travel

6

expenses for depositions and court appearances, mediation fees, document production and review expenses, and expert consulting fees.  The total cost was compiled directly from the billing records of Latham and Defendants' vendors I hereby verify that these disbursements were necessarily incurred in the action or proceeding.

11.    Latham was retained as lead national counsel and worked with the firm Dudley Newman Feurzeig LLP as local USVI counsel in this matter. As such, I conclude that a reasonable award of Latham's attorneys' fees and costs, in addition to the attorneys' fees and costs of local co-counsel, for defending Defendants ArcLight Capital Partners, LLC and JP Energy Partners, LP would be the total of $3,411,040 in fees and $730,429.95 in costs, for a combined total of $4,141,469.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April 10, 2026.

/s/  P.  Anthony  Sammi_____
P. Anthony Sammi