**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

---

ATLANTIC BASIN REFINING, INC.,

> Plaintiff,

> v.

ARCLIGHT CAPITAL PARTNERS, LLC and
JP ENERGY PARTNERS, LP,

> Defendants.

---

Case No. 15 Civ. 0071 (RAM) (EAH)

## NOTICE OF FILING OF PROPOSED ORDER

Defendants ArcLight Capital Partners, LLC and JP Energy Partners, LP, by and through their undersigned counsel, hereby submit a Proposed Order, attached as **Exhibit A**, in connection with the filing of their Motion for Attorneys' Fees and Costs, Dkt. 382.

Dated: April 15, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ P. Anthony Sammi*
    P. Anthony Sammi (admitted *pro hac vice*)
    Rachel Blitzer (admitted *pro hac vice*)
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone:  (212) 906-1200
    Facsimile:  (212) 751-4864
    tony.sammi@lw.com
    rachel.blitzer@lw.com

**DUDLEY NEWMAN FEURZEIG LLP**

By: */s/ Charles E. Lockwood*
    Charles E. Lockwood
    1131 King Street, Suite 204
    Christiansted, U. S. V. I. 00820-4974
    Telephone:  (340) 773-3200
    Facsimile:  (340) 773-3409
    Clockwood@dnfvi.com

    *Attorneys for Defendants Arclight Capital*
    *Partners, LLC & JP Energy Partners, LP*

2

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on April 15, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF)

to the following.

**ANDREW C. SIMPSON, P.C**.

Andrew C. Simpson, Esq.
VI Bar No. 451
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted pro hac vice)
Gabriel E. Nieto, Esq.
FBN 147559 (admitted pro hac vice)
RASCO KLOCK PEREZ NIETO
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.675.7707
Jklock@rascoklock.com

*Attorneys for Plaintiff,*
*Atlantic Basin Refinery, Inc.*

*/s/ Rachel Blitzer*

3