# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

ATLANTIC BASIN REFINING, INC.,

               Plaintiff,

     v.

ARCLIGHT CAPITAL PARTNERS, LLC and
JP ENERGY PARTNERS, LP,

               Defendants.

Case No. 15 Civ. 0071 (RAM) (EAH)

**[PROPOSED] ORDER**

**THIS MATTER** is before the Court on Defendants ArcLight Capital Partners, LLC ("ArcLight") and JP Energy Partners, LP ("JP Energy") Motion For Costs and Attorney's Fees.

This Court having being duly advised in the premises,

**IT IS HEREBY ORDERED** that Defendants Arclight and JP Energy Partners Motion For Costs and Attorney Fees are hereby **GRANTED;** and it is further,

**ORDERED** that Defendants Arclight and JP Energy Partners are awarded Costs in the amount of **$**_____ and Attorney's Fees in the amount of **$**_____.

SO **ORDERED** this _____ day of _____, 2026.

_____
HONORABLE DISTRICT COURT JUDGE