**IN THE DISTRICT COURT OF THE VIRGIN ISLAND**
**DIVISION OF ST. CROIX**

|  |  |
|---|---|
| **ATLANTIC BASIN REFINING, INC.** **PLAINTIFF,** VS. **ARCLIGHT CAPITAL PARTNERS, LLC AND JP ENERGY PARTNERS, LP,** **DEFENDANTS.** | **CASE NO.: 1:15-cv-00071** |

**ORDER ON PLAINTIFF'S MOTION TO STAY**
**DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Before the Court is Plaintiff's Motion to Stay Defendants' Motion for Attorneys' Fees and Costs or, alternatively, to dismiss same without prejudice to be refiled at the conclusion of the appeal in this matter, if appropriate. The Court concludes that the parties and the Court's own resources—and the interests of justice—will be better served by putting off consideration of an award of fees and costs in this matter until the appeal is resolved. Said appeal could result in a reversal and remand, which would render any ruling on the fee motion moot. Accordingly, the Court agrees that the fee motion is not ripe at this time. The Court will therefore dismiss the motion without prejudice. If a final judgment is entered in Defendants' favor at the conclusion of the appeal to the United States Court of Appeals for the Third Circuit, Defendants may file a new or renewed motion for fees and costs within the appropriate deadlines set by the rules.

_____

Emile A. Henderson, III
United States Magistrate Judge