**IN THE DISTRICT COURT OF THE VIRGIN ISLAND
DIVISION OF ST. CROIX**

ATLANTIC BASIN REFINING, INC.

     PLAINTIFF,

VS.

ARCLIGHT CAPITAL PARTNERS, LLC
AND JP ENERGY PARTNERS, LP,

     DEFENDANTS.

**CASE NO.: 1:15-cv-00071**

**NOTICE OF NEGOTIATED EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Atlantic Basin Refining, Inc. ("ABR") gives notice that Defendants have agreed to a thirty-day extension of the deadline for ABR to respond to the Defendants' Motion for Fees and Costs (Doc. No. 382). The original deadline for response was April 24, 2026. Accordingly, **the new deadline is May 24, 2026**. This extension does not waive or withdraw ABR's Motion to Stay (Doc. No. 388) the Motion for Fees and Costs.

     Respectfully submitted,

     Atlantic Basin Refining, Inc.

**Dated**: April 22, 2026

     /s/ Andrew C. Simpson
     By: Andrew C. Simpson, Esq.
     VI Bar No. 451
     **ANDREW C. SIMPSON, P.C.**
     2191 Church Street, Suite 5
     Christiansted, VI 00820
     Tel: 340.719.3900
     asimpson@coralbrief.com

1

Joseph P. Klock, Jr., Esq.
FBN 156678 (admitted PHV)
**RASCO KLOCK PEREZ NIETO**
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.675.7707
Jklock@rascoklock.com

Attorneys for Plaintiff, Atlantic Basin
Refinery, Inc.

2