## TRANSCRIPT PURCHASE ORDER
### for Third Circuit Court of Appeals

**District Court** of the Virgin Islands                **Court of Appeals Docket No.** 26-1869

**District Court Docket No.** 1:15-cv-00071

Short Case Title Atlantic Basin Refining, Inc., Appellant v. JP Energy Partners LP, et al.

Date Notice of Appeal Filed by Clerk of District Court 4/14/2026

**Part I.**    (To be completed by party responsible for ordering transcript)        NOTE: A SEPARATE FORM IS TO BE TYPED FOR
**A.**    Check one of the following and serve ALL COPIES:        EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

_____ None        _____ Unnecessary for appeal purposes.

_____ Already on file in the District Court Clerk's office.

__x__ This is to order a transcript of the proceedings heard on the date listed below from __FTR__ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

August 18, 2023 hearing before Judge Wilma A. Lewis

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

_____ Voir dire        _____ Open Statement of Plaintiff        _____ Opening Statement of Defendant

_____ Closing Argument of Plaintiff        _____ Closing Argument of Defendant

_____ Jury Instructions        _____ Sentencing Hearings

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS**

**B.**    This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

_____ CJA Form submitted to District Court Judge        _____ Motion for Transcript has been submitted to District Court

_____ CJA Form submitted to Court of Appeals        __x__ Private Funds

Signature _[signature]_        Date 4/21/2026

Print Name Andrew C. Simpson        Counsel for Atlantic Basin Refining, Inc.

Address 2191 Church St., Ste. 5, Christiansted, VI 00820        Telephone 340.719.3900

**Part II.**    COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

_____ Arrangements for payment were made on    _____

_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Report | Telephone |
|---|---|---|

**Part III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court  Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____        Actual Number of Volumes _____

| Date | Signature of Court Reporter |
|---|---|

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1869

Atlantic Basin Refining Inc v. JP Energy Partners LP, et al

(District Court No. 1:15-cv-00071)

## TRANSCRIPT SCHEDULING ORDER

TO: Marilyn Arroyo, Court Reporter Coordinator

The Transcript Purchase Order Form was received on 04/21/2026. Accordingly, Marilyn Arroyo is hereby directed to file the transcripts on or before **05/26/2026**.

In the event the ordering party has not made the requisite financial arrangements for the transcripts, the court reporter must immediately advise the Clerk in writing.

**For questions please contact Kirsi at 267-299-4911.**

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: April 22, 2026

kr/cc: Blair Connelly Esq.
     Andrew C. Simpson Esq.
     Serrin A. Turner Esq.