# DEFENDANTS' COST REQUEST — MASTER RECONCILIATION

*Atlantic Basin Refining, Inc. v. ArcLight Capital Partners, LLC, No. 1:15-cv-00071-RAM-EAH (D.V.I.)  —  5 V.I.C. § 541(a)*

The analysis proceeds in the order the brief argues it: (1) start with the amount claimed; (2) subtract the portion for which NO documentation exists; (3) subtract the CDS and AlixPartners vendor charges; (4) subtract the non-recoverable Latham overhead, leaving the recoverable remainder.

| Step | Component | Amount | Running Balance | Basis |
|---|---|---|---|---|
| | **Total costs claimed (Sammi Decl. ¶10)** | **$730,429.95** | **$730,429.95** | Sworn cost request. (Motion states $734,689.50 — a $4,259.55 discrepancy between the two filings.) |
| 1 | **Less: undocumented / unsupported** | **($168,524.40)** | **$561,905.55** | Sum of ALL invoice costs + CDS + AlixPartners = $561,905.55. The remaining $168,524.40 (23.1%) has no invoice or itemization in the record. Comes off the top. |
| 2 | Less: CDS (e-discovery vendor) | ($113,791.61) | $448,113.94 | 80 invoices, Sept 2019–Mar 2026. Data hosting/storage/processing overhead. Non-recoverable under §541(a) (Morcher; Roy). |
| 3 | Less: AlixPartners (consultant) | ($231,024.90) | $217,089.04 | 6 invoices, Jan–Jun 2022, $700–975/hr. Consultant/expert fees outside §541(a); expert capped at $40/day under §1821 (Heller). |
| 4 | Less: Latham non-recoverable overhead | ($204,231.44) | $12,857.60 | Westlaw, Practice Support (e-discovery), travel, meals, copying, docket, etc. — see Latham Cost Detail tab. |
| | **ALLOWABLE COSTS — PRIMARY** | **$0.00** | **$0.00** | $0. No invoices/receipts submitted for any item; LRCi 54.1(b) requires supporting invoices (Vitalis, 2024). |
| | **ALLOWABLE COSTS — ALTERNATIVE** | **$12,857.60** | | At most: Deposition $10,918.61 + Transcripts $1,938.99 — IF the Court excuses the missing invoices and reaches the merits. |

**Exhibit 2**

## LATHAM & WATKINS COSTS — CATEGORY ANALYSIS (27 invoices, $217,089.04)

*Aggregated by Latham's own invoice cost categories. "Allowable Costs — Primary" = $0 (no invoices submitted; LRCi 54.1(b); Vitalis). "Allowable Costs — Alternative" = the most the Court could allow if it reaches the merits.*

| LW Cost Category | Amount | Reduction — Primary | Allowable Costs — Primary | Reduction — Alternative | Allowable Costs — Alternative | % of Total | §541(a) Treatment |
|---|---|---|---|---|---|---|---|
| Practice Support | $72,745.50 | ($72,745.50) | $0.00 | ($72,745.50) | $0.00 | 33.5% | In-house e-discovery DB labor (Nuix/CDS/Relativity load, QC, coding). Overhead. |
| Legal Research | $62,290.43 | ($62,290.43) | $0.00 | ($62,290.43) | $0.00 | 28.7% | Westlaw/Lexis computerized research. Overhead (Morcher; Roy). |
| Travel Expenses | $26,245.98 | ($26,245.98) | $0.00 | ($26,245.98) | $0.00 | 12.1% | Attorney airfare/lodging (largely Austin-hearing travel, not depositions). Not on §541(a) list (Vitalis). |
| Deposition | $10,918.61 | ($10,918.61) | $0.00 | $0.00 | $10,918.61 | 5.0% | §541(a)(2) deposition expense — recoverable IF reasonably necessary AND invoiced. |
| Laser Copy | $8,467.72 | ($8,467.72) | $0.00 | ($8,467.72) | $0.00 | 3.9% | In-house photocopying. Overhead. |
| Outside Services (Non-Attorney) | $8,467.14 | ($8,467.14) | $0.00 | ($8,467.14) | $0.00 | 3.9% | Vendor service-of-process / records. Service-of-process subset may qualify; balance overhead. |
| (Uncategorized - not itemized in record) | $6,515.08 | ($6,515.08) | $0.00 | ($6,515.08) | $0.00 | 3.0% | No category breakdown provided. Fails burden of proof. |
| Document Processing | $5,645.50 | ($5,645.50) | $0.00 | ($5,645.50) | $0.00 | 2.6% | In-house document handling/binding. Overhead. |
| Docket | $3,483.27 | ($3,483.27) | $0.00 | ($3,483.27) | $0.00 | 1.6% | Courtalert docket-monitoring subscription. Overhead. |
| Ground Transportation | $3,071.54 | ($3,071.54) | $0.00 | ($3,071.54) | $0.00 | 1.4% | Local taxi/car (working-late cabs). Overhead. |
| Meal Services | $2,596.99 | ($2,596.99) | $0.00 | ($2,596.99) | $0.00 | 1.2% | Seamless dinner orders. Overhead. |
| Transcripts | $1,938.99 | ($1,938.99) | $0.00 | $0.00 | $1,938.99 | 0.9% | Hearing/deposition transcripts — arguably §541(a)(2) IF invoiced. |
| Filing Fees | $1,719.36 | ($1,719.36) | $0.00 | ($1,719.36) | $0.00 | 0.8% | Court filing / pro hac vice fees. PHV is firm overhead; filing fees small. |
| Federal Express & Messenger | $1,060.75 | ($1,060.75) | $0.00 | ($1,060.75) | $0.00 | 0.5% | Courier. Overhead unless service of process. |
| Document Copies | $733.13 | ($733.13) | $0.00 | ($733.13) | $0.00 | 0.3% | Copies (good-standing certs). Overhead unless public-record evidence copies. |
| Court Research | $599.91 | ($599.91) | $0.00 | ($599.91) | $0.00 | 0.3% | PACER/docket research. Overhead (Roy). |
| Court Costs | $324.00 | ($324.00) | $0.00 | ($324.00) | $0.00 | 0.1% | Pro hac vice / good-standing fees. Firm overhead. |

**Exhibit 2**

| LW Cost Category | Amount | Reduction — Primary | Allowable Costs — Primary | Reduction — Alternative | Allowable Costs — Alternative | % of Total | §541(a) Treatment |
|---|---|---|---|---|---|---|---|
| Wireless Data | $286.36 | ($286.36) | $0.00 | ($286.36) | $0.00 | 0.1% | Connectivity. Overhead. |
| Postage | $32.77 | ($32.77) | $0.00 | ($32.77) | $0.00 | 0.0% | Postage. Overhead unless serving summonses/notices. |
| Audio/ Video Conferencing Services | $26.72 | ($26.72) | $0.00 | ($26.72) | $0.00 | 0.0% | Telecom. Overhead. |
| Meals | $26.49 | ($26.49) | $0.00 | ($26.49) | $0.00 | 0.0% | Meals. Overhead. |
| Telephone | $11.80 | ($11.80) | $0.00 | ($11.80) | $0.00 | 0.0% | Telephone. Overhead. |
| (Credit/adjustment) | ($119.00) | $119.00 | $0.00 | $119.00 | $0.00 | -0.1% | Credit applied by LW. Reduces total. |
| **TOTAL** | **$217,089.04** | **($217,089.04)** | **$0.00** | **($204,231.44)** | **$12,857.60** | | |

*Primary position: $0 recoverable. Defendants submitted NO invoices or receipts for any Latham cost item. LRCi 54.1(b) requires that "Counsel shall append … copies of all invoices in support of the request for each item"; Vitalis v. Sun Constructors, 2024 WL 4466773 (D.V.I.) disallowed cost items lacking invoice support.*

*Alternative: even if the Court excuses the missing invoices, only Deposition ($10,918.61) and Transcripts ($1,938.99) fit §541(a)'s closed list — a maximum of $12,857.60 (5.9% of the LW costs). Travel is largely Austin-hearing travel, not deposition travel, and is non-recoverable (Vitalis; Heller).*

## INVOICE-LEVEL CROSS-CHECK — ALL 27 FEE-BEARING INVOICES

*Each invoice's category detail reconciled to Latham's own "Total Costs and Disbursements." Two invoices (flagged) provide NO category breakdown at all.*

| # | Invoice No. | Date | Category Detail Total | LW Invoice Total | Variance / Note |
|---|---|---|---|---|---|
| 1 | 1600603263 | 09/30/2016 | $14,424.72 | $14,424.72 | $0.00 |
| 2 | 1600605947 | 12/14/2016 | $7,163.32 | $7,163.32 | $0.00 |
| 3 | 1700601750 | 03/20/2017 | $6,718.40 | $6,718.40 | $0.00 |
| 4 | 1700604743 | 06/26/2017 | $7,485.74 | $7,485.74 | $0.00 |
| 5 | 1700607657 | 09/29/2017 | $12,018.39 | $12,018.39 | $0.00 |
| 6 | 1700609734 | 11/29/2017 | $11,131.10 | $11,131.10 | $0.00 |
| 7 | 1800604106 | 05/31/2018 | $79,491.91 | $79,491.91 | $0.00 |
| 8 | 1800605111 | 07/10/2018 | $9,725.83 | $9,725.83 | $0.00 |
| 9 | 1800606121 | 08/09/2018 | $3,413.69 | $3,413.69 | $0.00 |
| 10 | 1800607292 | 09/19/2018 | $761.52 | $761.52 | $0.00 |
| 11 | 1800608422 | 10/18/2018 | $2,568.87 | $2,568.87 | $0.00 |
| 12 | 1800610450 | 11/28/2018 | $0.00 | $0.00 | $0.00 |
| 13 | 1900603902 | 05/06/2019 | $140.49 | $140.49 | $0.00 |
| 14 | 1900607797 | 08/29/2019 | $352.00 | $352.00 | *NO category breakdown in record* |

| # | Invoice No. | Date | Category Detail Total | LW Invoice Total | Variance / Note |
|---|---|---|---|---|---|
| 15 | 2000601342 | 02/19/2020 | ($119.00) | ($119.00) | *Credit/adjustment only* |
| 16 | 2000610343 | 09/30/2020 | $0.00 | $0.00 | *$0 invoice (no costs)* |
| 17 | 2100619239 | 08/31/2021 | $6,163.08 | $6,163.08 | *NO category breakdown in record* |
| 18 | 2100623030 | 11/30/2021 | $9,476.03 | $9,476.03 | $0.00 |
| 19 | 2200604156 | 04/15/2022 | $17,228.41 | $17,228.41 | $0.00 |
| 20 | 2200609693 | 08/16/2022 | $23,381.95 | $23,381.95 | $0.00 |
| 21 | 2200613523 | 10/28/2022 | $300.02 | $300.02 | $0.00 |
| 22 | 2300603414 | 03/23/2023 | $879.77 | $879.77 | $0.00 |
| 23 | 2300609798 | 06/30/2023 | $402.48 | $402.48 | $0.00 |
| 24 | 2300616370 | 10/27/2023 | $495.36 | $495.36 | $0.00 |
| 25 | 2400602444 | 02/26/2024 | $1,441.50 | $1,441.50 | $0.00 |
| 26 | 2400612271 | 08/27/2024 | $1,529.78 | $1,529.78 | $0.00 |
| 27 | 2500603781 | 03/19/2025 | $513.68 | $513.68 | $0.00 |
| | | TOTAL | $217,089.04 | $217,089.04 | |

Invoice Cross-Check

**Exhibit 2**

| # | Invoice No. | Date | Category Detail Total | LW Invoice Total | Variance / Note |
|---|---|---|---|---|---|

**UNDOCUMENTED-CATEGORY INVOICES (no breakdown provided by movant):**

| Invoice No. | Category Detail Total | Variance / Note |
|---|---|---|
| Invoice No. 1900607797  (August 29, 2019) | $352.00 | *Total only; no category detail — fails LRCi 54.1(b) itemization* |
| Invoice No. 2100619239  (August 31, 2021) | $6,163.08 | *Total only; no category detail — fails LRCi 54.1(b) itemization* |
| **Combined undocumented-category total:** | **$6,515.08** | |

**Exhibit 2**

**CATEGORY × INVOICE MATRIX**

*Every category for every invoice. Rows tie to invoices; columns tie to the Latham Cost Detail; grand total = $217,089.04.*

| Invoice (Date) | Practice Su | Legal Resea | Travel Expe | Deposition | Laser Copy | Outside Ser | Uncategori | Document P | Docket | Ground Tran | Meal Service | Transcripts | Filing Fees | Federal Exp | Document C | Court Repor | Court Costs | Wireless Da | Postage | Audio/ Video | Meals | Telephone | Credit/Adju | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600603263 (2016-09) | $174.00 | $13,147.86 | | | | | | $153.00 | $259.12 | $181.13 | $170.74 | | $114.36 | | | $162.26 | $54.00 | | | | | $8.25 | | **$14,424.72** |
| 1600605947 (2016-12) | $812.00 | $89.10 | $4,591.72 | | $318.00 | | | $102.00 | $82.80 | $440.31 | $146.01 | | $500.00 | $19.13 | | $62.25 | | | | | | | | **$7,163.32** |
| 1700601750 (2017-03) | $4,178.00 | $1,700.10 | | | $269.12 | | | $8.00 | $159.34 | $133.77 | $187.59 | | | $30.60 | | $51.88 | | | | | | | | **$6,718.40** |
| 1700604743 (2017-06) | $6,930.00 | $329.40 | | | | | | $16.00 | | $30.91 | $175.88 | | | | | | | | | | | $3.55 | | **$7,485.74** |
| 1700607657 (2017-09) | $7,410.00 | $574.42 | $1,233.40 | | $787.50 | $705.50 | | $735.00 | | $171.34 | $284.18 | | | $102.05 | | $15.00 | | | | | | | | **$12,018.39** |
| 1700609734 (2017-11) | $4,650.00 | $473.10 | ($78.54) | | $479.33 | $3,392.00 | | $258.00 | | $424.07 | $216.42 | | $455.00 | $42.44 | $692.50 | $62.00 | | $32.00 | $30.25 | $2.53 | | | | **$11,131.10** |
| 1800604106 (2018-05) | $5,190.00 | $40,628.65 | $14,338.90 | $4,226.39 | $6,012.23 | $2,508.75 | | $1,754.00 | $43.38 | $1,690.01 | $1,416.17 | | $500.00 | $634.98 | | $72.88 | $250.00 | $194.47 | | $4.61 | $26.49 | | | **$79,491.91** |
| 1800605111 (2018-07) | $180.00 | $0.00 | $1,861.09 | $6,107.98 | $408.39 | $1,104.59 | | | | $0.00 | $0.00 | | | $20.99 | | | | $39.89 | | $2.90 | | | | **$9,725.83** |
| 1800606121 (2018-08) | $60.00 | | $2,574.34 | | $66.20 | | | $48.00 | | | | $665.15 | | | | | | | | | | | | **$3,413.69** |
| 1800607292 (2018-09) | $60.00 | $0.00 | | $584.24 | $13.70 | | | $48.00 | | $0.00 | $0.00 | | | | | $51.76 | | | | $3.82 | | | | **$761.52** |
| 1800608422 (2018-10) | | $0.00 | $1,725.07 | | | $756.30 | | $36.00 | | $0.00 | $0.00 | | | | | $50.13 | | | | $1.37 | $0.00 | | | **$2,568.87** |
| 1800610450 (2018-11) | | $0.00 | | | | | | | | $0.00 | $0.00 | | | | | | | | | | | | | **$0.00** |
| 1900603902 (2019-05) | | $0.00 | | | | | | $129.00 | | $0.00 | | | | | | | | | | $11.49 | | | | **$140.49** |
| 1900607797 (2019-08) | | | | | | | $352.00 | | | | | | | | | | | | | | | | | **$352.00** |
| 2000601342 (2020-02) | | | | | | | | | | | | | | | | | | | | | | | ($119.00) | **($119.00)** |
| 2000610343 (2020-09) | | | | | | | | | | | | | | | | | | | | | | | | **$0.00** |
| 2100619239 (2021-08) | | | | | | | $6,163.08 | | | | | | | | | | | | | | | | | **$6,163.08** |
| 2100623030 (2021-11) | $8,855.00 | | | | $95.70 | | | $108.00 | | | | | $150.00 | $210.56 | $15.00 | $19.25 | | $20.00 | $2.52 | | | | | **$9,476.03** |
| 2200604156 (2022-04) | $16,800.00 | $180.90 | | | | | | $137.00 | $110.51 | | | | | | | | | | | | | | | **$17,228.41** |
| 2200609693 (2022-08) | $17,137.50 | $5,012.10 | | | $17.55 | | | $856.00 | $339.90 | | | | | | | $18.90 | | | | | | | | **$23,381.95** |
| 2200613523 (2022-10) | | | | | | | | $200.00 | $80.02 | | | | | | | | $20.00 | | | | | | | **$300.02** |
| 2300603414 (2023-03) | $187.50 | | | | | | | $247.50 | $419.14 | | | | | | $25.63 | | | | | | | | | **$879.77** |
| 2300609798 (2023-06) | | $154.80 | | | | | | | $247.68 | | | | | | | | | | | | | | | **$402.48** |
| 2300616370 (2023-10) | | | | | | | | | $495.36 | | | | | | | | | | | | | | | **$495.36** |
| 2400602444 (2024-02) | | | | | | | | | $167.66 | | | $1,273.84 | | | | | | | | | | | | **$1,441.50** |
| 2400612271 (2024-08) | $121.50 | | | | | | | $810.00 | $575.38 | | | | | | | $22.90 | | | | | | | | **$1,529.78** |
| 2500603781 (2025-03) | | | | | | | | | $502.98 | | | | | | | $10.70 | | | | | | | | **$513.68** |
| **Total** | **$72,745.50** | **$62,290.43** | **$26,245.98** | **$10,918.61** | **$8,467.72** | **$8,467.14** | **$6,515.08** | **$5,645.50** | **$3,483.27** | **$3,071.54** | **$2,596.99** | **$1,938.99** | **$1,719.36** | **$1,060.75** | **$733.13** | **$599.91** | **$324.00** | **$286.36** | **$32.77** | **$26.72** | **$26.49** | **$11.80** | **($119.00)** | **$217,089.04** |

**Exhibit 2**

## CDS (COMPLETE DISCOVERY SOURCE) — E-DISCOVERY VENDOR CHARGES

*80 invoices, Sept 2019–Mar 2026. Data hosting/storage/processing overhead — non-recoverable under §541(a) (Morcher; Roy; Good Timez). Proposed disposition: 100% disallowan*

| CDS Charge Category | Amount | % of CDS | Nature / §541(a) Treatment |
|---|---|---|---|
| Monthly Near Line Data Storage ($5/GB) | $53,747.70 | 47.2% | Storage overhead — digital document warehouse |
| Monthly Data Hosting ($12/GB) | $29,790.00 | 26.2% | Storage overhead |
| Project Management (vendor PM hrs @ $175) | $15,295.00 | 13.4% | Litigation-support labor |
| Monthly User License (platform seats @ $85) | $6,800.00 | 6.0% | Platform overhead |
| Opening-balance carryforwards | $6,131.41 | 5.4% | Undocumented carryforward placeholders |
| Native Data Processing ($175/GB) | $1,277.50 | 1.1% | E-discovery processing |
| EDD Technical Time ($150/hr) | $750.00 | 0.7% | E-discovery processing |
| **Gross CDS Total (80 invoices)** | **$113,791.61** | | |
| *Less: Credit Memo CM-CDS-01747* | *($6,541.55)* | | *Reverses INV-CDS-19665* |
| **Net CDS Charges** | **$107,250.06** | | |
| **PROPOSED DISALLOWANCE (100%)** | **$113,791.61** | | **Entire amount outside §541(a)** |

## ALIXPARTNERS, LLP — CONSULTANT / DAMAGES-ANALYSIS CHARGES

*6 invoices, Jan–Jun 2022; 297.5 hrs by R. Lee & team at $700–975/hr, plus 2% admin fee. Motion calls AlixPartners the "independent damages expert" (Doc. 382, p.18–19).*

| Component | Amount | Basis | §541(a) Treatment |
|---|---|---|---|
| Professional fees (297.5 hrs @ $700–975/hr) | $226,495.00 | 6 invoices Jan–Jun 2022 | Consultant/expert work outside §541(a)'s closed list. |
| Administrative fee (2%) | $4,529.90 | 2% surcharge on fees | Overhead-on-overhead; not an enumerated cost. |
| **Total AlixPartners** | **$231,024.90** | | |

**PROPOSED DISPOSITION:**

Primary: 100% disallowance — consultant fees are not within §541(a)'s enumerated categories.

Alternative: if treated as a testifying expert, capped at $40/day under 28 U.S.C. §1821 (Heller, 847 F.2d 83) — a few hundred dollars at most.

Note: invoices describe document review for "alleged confidential information" and assisting counsel with discovery/deposition questions — litigation-assistance, not expert opinion.

**Exhibit 2**

## LINE-ITEM DETAIL (illustrative — what the Latham "costs" actually are)

*Representative per-task entries from invoice detail pages. Practice Support and Legal Research (highlighted) = e-discovery database labor and Westlaw — overhead, not taxable costs.*

| Invoice | Date | LW Category | Timekeeper | Description | Amount |
|---|---|---|---|---|---|
| 1700604743 | 03/09/2017 | Practice Support | A Banks | Download data from Rasco site to load into Relativity; prepare instructions for database load | $450.00 |
| 1700604743 | 05/09/2017 | Practice Support | A Banks | Download from Cloud Grid Networks to load into Relativity; confer with CDS re volume of data processed and hosted | $690.00 |
| 1700604743 | 03/13/2017 | Practice Support | A Banks | Upload ABR production to CDS for processing into Relativity | $150.00 |
| 1700607657 | 06/28/2017 | Practice Support | A Banks | Correspond re ABREV001 production set; update Project Tracker with document production specifications | $750.00 |
| 1700609734 | 09/05/2017 | Practice Support | A Banks | Download from Curtis Mallet-Prevost to load into Relativity; correspond with CDS re data deduplication metrics | $450.00 |
| 1700601750 | 01/26/2017 | Legal Research | R E Johnson | Westlaw - West Publishing - Search | $1,236.60 |
| 1700607657 | 07/21/2017 | Legal Research | A C Clark | Westlaw - West Publishing - Search | $418.50 |
| 2200609693 | 08/16/2022 | Legal Research | (LW) | Legal Research (Westlaw) — category total for invoice | $5,012.10 |
| 1700609734 | 11/03/2017 | Outside Services (Non-Attorney) | R L Kohn | Serving by Irving Inc. - Attempted Subpoena Service on William Forster, 12 hours | $1,680.00 |
| 1700607657 | 08/27/2017 | Travel Expenses | M A Watsula | Airfare - Lawyers Travel Service - Route AUS-JFK (Austin hearing) | $725.20 |
| 1700609734 | 09/29/2017 | Travel Expenses | M A Watsula | Lodging - Attend Austin Hearing - W Hotel | $392.27 |
| 1700604743 | 03/13/2017 | Meal Services | M A Watsula | Seamless Web - Vendor: Bareburger (E 52nd St) | $31.06 |
| 1700601750 | 11/30/2016 | Ground Transportation | M A Watsula | Sunny's Executive Sedan Services (working late) | $83.51 |
| 2100623030 | 09/20/2021 | Court Costs | M Liu | NJ certificate of good standing fee - G. Mortenson (pro hac) | $20.00 |
| 2300616370 | 08/11/2023 | Docket | R L Kohn | Courtalert.Com - Monitor of court databases | $80.02 |
| 2400602444 | 02/26/2024 | Transcripts | (LW) | Transcripts — category total for invoice | $1,273.84 |

*(Illustrative subset — see Category × Invoice Matrix for complete totals)*

**Exhibit 2**