# DUDLEY NEWMAN FEUERZEIG (LOCAL COUNSEL) — FEE & COST ANALYSIS

*ABR v. ArcLight, No. 1:15-cv-00071-RAM-EAH (D.V.I.)  —  Lockwood Decl. (Doc. 384) & Kronenberger Decl. (Doc. 385); Exhibit A to both = DNF Matter Ledger Report*

DNF claims $49,542.50 fees + $4,259.55 costs = $53,802.05. DNF's rates are local VI rates (far closer to market than Latham's $1,860), so the rate-cap reduction is modest; the principal reductions are the non-recoverable paralegal time and the non-recoverable costs.

| Component | Claimed | Reduction | Recommended | Basis |
|---|---|---|---|---|
| **ATTORNEY FEES (claimed $49,542.50)** | | | | |
| Attorney time (Lockwood + Kronenberger), rate-capped | $41,780.50 | ($14,750.50) | $27,030.00 | 90.1 attorney hrs (Lockwood 87.0 + Kronenberger 3.1) × $300 cap. They billed $380–480/hr. Vitalis (2024) reduced $375 to $300. |
| Less: paralegal time (J. Brumant) | $7,227.00 | ($7,227.00) | $0.00 | Paralegal/non-attorney time = overhead, non-recoverable. Vitalis 2024; Roy; Lakeview; Chapa; Mahabir. |
| Less: other non-attorney (SPB, DAC) + THN ($0) | $519.00 | ($519.00) | $0.00 | Non-attorney staff time; THN billed $0. |
| | $0.00 | $0.00 | $0.00 | |
| Rounding (ledger vs. parse) | $16.00 | ($16.00) | $0.00 | $16 immaterial OCR/subtotal delta vs. declared $49,542.50. |
| **FEES SUBTOTAL** | **$49,542.50** | **($22,512.50)** | **$27,030.00** | |
| **COSTS (claimed $4,259.55)** | | | | |
| Pro hac vice fees (6 × $250) | $1,500.00 | ($1,500.00) | $0.00 | PHV admission of LATHAM attorneys = firm overhead, not a §541(a) cost. |
| Mediation | $1,500.00 | ($1,500.00) | $0.00 | Mediation fees are not on §541(a)'s list and are routinely disallowed (Dorval, 2020; Solis, 2016: "typically disallowed"). |
| Hearing transcripts (4 entries) | $1,259.55 | ($1,259.55) | $0.00 | Primary: $0 (overhead/off-list). Alternative: possibly §541(a)(2). |
| **COSTS SUBTOTAL** | **$4,259.55** | **($4,259.55)** | **$0.00** | |
| **TOTAL DNF** | **$53,802.05** | **($26,772.05)** | **$27,030.00** | Primary recommended award. Alternative shown below. |

*ALTERNATIVE: ~$27,030 capped attorney fees + $1,259.55 transcripts = ~$28,289.55, IF the Court allows the transcripts.*

**Exhibit 3**

## DNF ATTORNEY FEES — BY TIMEKEEPER (Billed Time, 136.9 hrs / $49,542.50)

| Timekeeper | Role | Hours | Rate(s) Billed | Billed $ | VI Cap | Capped $ | Recommended (primary) |
|---|---|---|---|---|---|---|---|
| CEL — Charles E. Lockwood | Partner (attorney) | 87.0 | $380–480 | $40,463.00 | $300 | $26,100.00 | $26,100.00 |
| GRK — Gregg R. Kronenberger | Attorney | 3.1 | $425 | $1,317.50 | $300 | $930.00 | $930.00 |
| JGB — JoAnn G. Brumant | Paralegal / non-attorney | 44.4 | $160–190 | $7,227.00 | 0 | $0.00 | $0.00 |
| SPB — (staff) | Non-attorney | 1.4 | 0 | $455.00 | 0 | $0.00 | $0.SPB |
| DAC — (staff) | Non-attorney | 0.4 | 0 | $64.00 | 0 | $0.00 | $0.00 |
| THN — Todd H. Newman | Attorney (billed $0) | 0.5 | $0 | $0.00 | $300 | $0.00 | $0.00 |
| **TOTAL** | | **136.8** | | **$49,526.50** | | **$27,030.00** | **$27,030.00** |

*Recommended attorney award: $27,030 (90.1 attorney hrs — Lockwood 87.0 and Kronenberger 3.1 — at the $300 cap). DNF billed these attorneys at $380–480/hr. Newman's 0.5 hrs were billed at $0.*

**Exhibit 3**

## DNF COSTS — ITEMIZED ($4,259.55)

*Source: DNF Matter Ledger Report, "Billed Expenses." Primary allowable = $0. PHV fees are firm overhead; mediation is non-recoverable (Dorval; Solis; Mahabir; Ryan); transcripts are the only documented iter*

| Date | Cost Item | Amount | Allowable Costs — Primary | Allowable Costs — Alternative | §541(a) Treatment |
|------|-----------|--------|---------------------------|-------------------------------|-------------------|
| 11/04/21 | Pro Hac Vice — Sivachenko | $250.00 | $0.00 | $0.00 | PHV admission (Latham atty) = firm overhead. |
| 11/04/21 | Pro Hac Vice — Davis | $250.00 | $0.00 | $0.00 | PHV admission = overhead. |
| 11/04/21 | Pro Hac Vice — Lacovara | $250.00 | $0.00 | $0.00 | PHV admission = overhead. |
| 12/03/21 | Pro Hac Vice — G. Mortenson | $250.00 | $0.00 | $0.00 | PHV admission = overhead. |
| 05/04/22 | Pro Hac Vice — Sammi | $250.00 | $0.00 | $0.00 | PHV admission = overhead. |
| 05/04/22 | Pro Hac Vice — Blitzer | $250.00 | $0.00 | $0.00 | PHV admission = overhead. |
| 09/13/22 | Mediation | $1,500.00 | $0.00 | $0.00 | Not on §541(a) list; "typically disallowed" (Solis; Dorval, 2020). |
| 11/04/22 | Hearing Transcript | $189.55 | $0.00 | $189.55 | Possibly §541(a)(2) |
| 11/04/22 | Hearing Transcript | $240.00 | $0.00 | $240.00 | Possibly §541(a)(2) |
| 02/02/23 | Associated Reporters — Transcript | $380.00 | $0.00 | $380.00 | Possibly §541(a)(2) |
| 09/11/23 | Aug. 8, 2023 Hearing Transcript | $450.00 | $0.00 | $450.00 | Possibly §541(a)(2) |
| | **TOTAL** | **$4,259.55** | **$0.00** | **$1,259.55** | |

*Note: The 6 pro-hac-vice fees are for admission of LATHAM attorneys (Sivachenko, Davis, Lacovara, Mortenson, Sammi, Blitzer) — firm overhead, and the same item we object to in the Latham fee analysis. The $4,259.55 DNF cost total also explains the $4,259.55 discrepancy between the motion ($734,689.50) and the Sammi declaration ($730,429.95).*

**Exhibit 3**