**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

|  |  |
|---|---|
| ATLANTIC BASIN REFINING, INC.,<br><br>                              Plaintiff,<br><br>          v.<br><br>ARCLIGHT CAPITAL PARTNERS, LLC and<br>JP ENERGY PARTNERS, LP,<br><br>                              Defendants. | Case No. 1:15-cv-00071-RAM-EAH |

**NOTICE OF NEGOTIATED EXTENSION OF TIME FOR REPLY**
**IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendants ArcLight Capital Partners, LLC and JP Energy Partners, LP give notice that Plaintiff Atlantic Basin Refining, Inc. has agreed to a 14-day extension of the deadline for Defendants to file their reply in support of their Motion for Attorneys' Fees and Costs (ECF No. 382). Following a 30-day extension of the deadline for Plaintiff to file its opposition to Defendants' Motion, Plaintiff filed its opposition on May 26, 2026. The original deadline for Defendants' reply was June 2, 2026. Applying the negotiated 14-day extension, the new deadline is **June 16, 2026**.

ABR v. Arclight, Case No. 1:15-cv-00071-RAM-EAH
OF NEGOTIATED EXTENSION OF TIME FOR REPLY
IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

Dated:  June 2, 2026                    Respectfully Submitted,

**DUDLEY NEWMAN FEURZEIG LLP**


By: /s/ *Charles E. Lockwood*
Charles E. Lockwood
1131 King Street, Suite 204
Christiansted, U. S. V. I. 00820-4974
Telephone: (340) 773-3200
Email: Clockwood@dnfvi.com


**LATHAM & WATKINS LLP**


By: /s/ *P. Anthony Sammi*
P. Anthony Sammi (admitted *pro hac vice*)
Rachel Blitzer (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: tony.sammi@lw.com
rachel.blitzer@lw.com


*Attorneys for Defendants Arclight Capital*
*Partners, LLC & JP Energy Partners, LP*