**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

<table>
<tr><td>

**ATLANTIC BASIN REFINING, INC.**

**PLAINTIFF,**

VS.

**ARCLIGHT CAPITAL PARTNERS, LLC
AND JP ENERGY PARTNERS, LP,**

**DEFENDANTS.**

</td><td>

**CASE NO.: 1:15-cv-00071**

</td></tr>
</table>

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO DECLINE TO CONSIDER NEW
EVIDENCE SUBMITTED WITH DEFENDANTS' REPLY BRIEF
OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-RESPONSE**

THIS MATTER is before the Court on Plaintiff Atlantic Basin Refining, Inc.'s motion to decline to consider new evidence submitted with Defendants' reply brief, or, in the alternative, for leave to file a sur-response (the "Motion"). Having considered the Motion, any opposition and reply, and the record, and for good cause shown, the Court rules as follows.

*Granting the Motion to Decline to Consider*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Court will not consider the Reply Declaration of Paramjeet Singh Sammi (Doc. No. 398) and its Exhibits 1, 2, and 3 (Doc. Nos. 398-1, 398-2, and 398-3). It is further

**ORDERED** that Defendants' Motion for Attorneys' Fees and Costs shall be resolved on the evidence Defendants originally filed in support of that Motion.

*In the Alternative, Granting Leave to File a Sur-Response*

Should the Court decline to strike or disregard the foregoing materials, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART**, and Plaintiff is granted leave to file a sur-response within fourteen (14) days of the date of this Order, addressing the materials and figures that Defendants submitted for the first time with their Reply (Doc. Nos. 397 and 398, and Exhibits 1–3 thereto).

**SO ORDERED**.

_____
District Court Judge