**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

ATLANTIC BASIN REFINING, INC.,

                Plaintiff,

     v.                                   Case No. 1:15-cv-00071-RAM-EAH

ARCLIGHT CAPITAL PARTNERS, LLC and
JP ENERGY PARTNERS, LP,

                Defendants.

**NOTICE OF NEGOTIATED EXTENSION OF TIME FOR OPPOSITION TO PLAINTIFF'S MOTION TO DECLINE TO CONSIDER NEW EVIDENCE SUMBITTED WITH DEFENDANT'S REPLY BRIEF [ECF 399]**

Defendants ArcLight Capital Partners, LLC and JP Energy Partners, LP give notice that Plaintiff Atlantic Basin Refining, Inc. has agreed to a 7-day extension of the deadline for Defendants to file their opposition to the Plaintiff's Motion for the Court to Decline to Consider New Evidence Submitted with Defendants' Reply Brief or Alternatively for Leave to File a Sur-Response [ECF 399]. The Plaintiff filed its Motion on June 19, 2026.  The original deadline for Defendants' opposition is July 6 2026.  Applying the negotiated 7-day extension, the new deadline is **July 13, 2026**.

*ABR v. Arclight*, Case No. 1:15-cv-00071-RAM-EAH
Notice of Negotiated Extension of Time to Fill Opposition to Doc. No. 399
Page 2 of 2

Dated:  July 6, 2026                    Respectfully Submitted,

**DUDLEY NEWMAN FEURZEIG LLP**


By: /s/ *Gregg R. Kronenberger*
Charles E. Lockwood, Esq.
Gregg R. Kronenberger, Esq.
1131 King Street, Suite 204
Christiansted, U. S. V. I. 00820-4974
Telephone: (340) 773-3200
Email: Clockwood@dnfvi.com
       gkronenberger@dnfvi.com


**LATHAM & WATKINS LLP**


By: /s/ *P. Anthony Sammi*
P. Anthony Sammi (admitted *pro hac vice*)
Rachel Blitzer (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: tony.sammi@lw.com
rachel.blitzer@lw.com


*Attorneys for Defendants Arclight Capital*
*Partners, LLC & JP Energy Partners, LP*